Larry Dancy (#11622-007)
Admin. USP Thomson
BOX 1002 / Thomson, Ill. 61285

EXHIBIT (6.)

Larry Dancy, Affiant,

V.

S.M.U. THOMSON STAFF, Respondents.

SS.

AFFIDAVIT OF TRUTH

I, Inmate Larry Dancy, herein "Affiant", being of sound mind do knowingly make the following factual statement:

1) That, On Friday, 6/11/21, I was inside cell number 24, in F-3 unit, using the law library computer when I noticed Inmate Oceanus Perry being escorted to the holding cage and speaking to Mr. K. Smith of education staff and then cheif psychologist, Dr. B. Levy;

2) That, I noticed that Dr. Leavy seemed to be frustrated while talking to Perry. She balled-up the paper she kept showing to Perry, threw her hands up in the air and then stormed out of the unit;

3) That, Officer Horton came to the holding cage and began to escort Inmate Perry back to his cell. Near the showers, I saw Officer Horton pull Perry's arm and lean over and say something to Inmate Perry. Then, they began to walk towards Perry's cell when I saw Horton yank on Perry's handcuffs and take him to the

(turn over)

3(cont.) ground before striking Inmate Perry in the head while Perry was on the ground;

4) That, I (saw) Perry being escorted back into F-3 and he was in hard-restraints and taken into cell #23;

5) That, I heard Inmate Perry screaming during the check of his restraints. Perry yelled-out that Lt. Symthe, Officer Terry, Lt. T. Albertson, Officer Smith, Lt. Early, and Nurse Garcia assaulted him during his restraint checks;

6) That, On Sunday, June 13th of 2021, around 8:30 Am, I saw Lt. Marques, a psychologist, Unit Manager Smiddy, Captain Hess, and an unknown officer enter cell #22, in F-3 unit, where Inmate Perry was held in the ambulatory restraint chair;

7) That, After staff left cell #22, I asked Perry if he was o.k.? Perry stated that the Captain and Lt. N. Early threatened to keep him in the restraint chair until he agreed to go back into cell #17 with Inmate D. Ward and that Unit Manager K. Smiddy lied by claiming Ward and Perry gave her a request form to move into the cell together which was impossible. Then, I asked Perry if he had eaten that day and he said staff refused to feed him and that he had not eaten since Friday.

I, Larry Dancy, certify that the above statement is true, correct, and complete under penalty of Perjury.

(s) Larry Dancy (Affiant)
LARRY DANCY

Date Executed: June 18, 2021