EXHIBIT (1)

# NOTICE OF EMAIL/MAIL/PHONE SERICE LIMITATION CHANGE

F03-17

Pursuant to Program Statement 4500.12, Trust Fund/Deposit Fund Manual, 5264.08, Inmate Telephone Regulations, & 5265.14 Correspondence, I have exercised my discretion to limit your Telephone Usage, TRULINCS services, and Correspondence. This form is maintained in your Central File, which you may access through your Unit Team, unless this request had to be maintained in the FOIA Exempt Section due to sensitive content. If this request is in the FOIA Exempt Section, you can request such through the FOIA process. Your Unit Team can provide you with the address for the FOIA. If you have concerns about this limitation, you may utilize the Administrative Remedy Process.

Program Statement 4500.12: Use of TRULINCS is a privilege; therefore, the Warden may limit or deny the privilege of a particular inmate (see Section 14.9 for restrictions). This authority may not be delegated below the Associate Warden Level.

Program Statement 5264.08: In addition to the procedures set forth in this subpart, inmate telephone use is subject to those limitations which the Warden determines are necessary to ensure the security or good order, including discipline, of the institution or to protect the public.

Program Statement 5265.14: The Warden may place an inmate on restricted general correspondence based on misconduct or as a matter of classification.

TO: __PERRY, Oceanus__                    __65754-061__              __F02-032__
       **Inmate Name**                          **Register No.**              **Quarter**

FROM: _____                                    _S·26·21_
       **Associate Warden**                                               **Date**

**Reason for change (Check Box):** ☐ SIS Investigation  ■ 100/200 Series Incident Report  ☐ FRP Refuse  ☐ Other

I/R 201

|   |   | Restore (Initials) |
|---|---|---|
| ■ | **Disallow Telephone Fund Transfers (TRUFONE)**  **Manage TRU-Units Restricted (TRULINCS)**  **Manage Funds Restricted (TRULINCS)**  **Restrict Commissary Shopping List.**      **$25.00 Spending Limit**  **(STAMPS, OTC's, HYGEINE ONLY)** |   |
| ☐ | Limit of one 5 minute phone call per week. |   |
| ☐ | Maximum of 10 active contacts (all current contacts will be deleted and SIS will need to approve the initial 10 contacts entered. (TRULINCS) |   |
| ☐ | Inmate is placed on Contact Pre-Approval (SIS will review change request on a quarterly basis. (TRULINCS) |   |
| ☐ | Recommend to Unit Team that inmate be placed on PSF for telephone and disallow public messaging. (TRUFONE & TRULINCS) |   |
| ☐ | Inmate is placed on Restricted General Correspondence |   |

☐ **Restore Full Privileges:** _____    _____
                    **Associate Warden**                    **Date**

| CC: Trust Fund Supervisor  Applicable Unit Team | **INITIAL REVIEW DATE:** _____  If you are currently housed within the Special Housing Unit, upon your release see a member of the Executive Staff at mainline to be assigned a review date. Bring this form with you. |
|---|---|

F03·23
4·19

# Bureau of Prisons
## Health Services
## Clinical Encounter

| | | | |
|---|---|---|---|
| Inmate Name: PERRY, OCEANUS | | | Reg #: 65754-061 |
| Date of Birth: 06/01/1977 | Sex: M | Race: BLACK | Facility: TOM |
| Encounter Date: 06/14/2021 09:00 | Provider: Gendreau, Angela RN | | Unit: F03 |

Nursing - Restraint Check encounter performed at Housing Unit.

**SUBJECTIVE:**

COMPLAINT 1     Provider: Gendreau, Angela RN

Chief Complaint: No Injury
Subjective: Hard ambulatory restraint and medical assessment.
Pain: No

**OBJECTIVE:**

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 06/14/2021 | 09:00 TOM | 97.8 | 36.6 | | Gendreau, Angela RN |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 06/14/2021 | 09:00 | 83 | | | Gendreau, Angela RN |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 06/14/2021 | 09:00 TOM | 18 | Gendreau, Angela RN |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 06/14/2021 | 09:00 TOM | 127/73 | Left Arm | | | Gendreau, Angela RN |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 06/14/2021 | 09:00 TOM | 97 | Room Air | Gendreau, Angela RN |

**Exam:**

General
   Affect
      Yes: Cooperative
   Appearance
      Yes: Appears Well, Alert and Oriented x 3

Pulmonary
   Observation/Inspection
      Yes: Within Normal Limits

Peripheral Vascular
   General
      Yes: Within Normal Limits
   Arms
      Yes: Radial Pulse Normal, Capillary Refill Normal
   Legs

| Inmate Name: | PERRY, OCEANUS | | | Reg #: | 65754-061 |
|---|---|---|---|---|---|
| Date of Birth: | 06/01/1977 | Sex: | M   Race:  BLACK | Facility: | TOM |
| Encounter Date: | 06/14/2021 09:00 | Provider: | Gendreau, Angela RN | Unit: | F03 |

Yes: Dorsalis Pedis Normal, Capillary Refill Normal

## ASSESSMENT:

Other

Hard ambulatory restraint/medical check completed. Inmate awake eyes open, responds to verbal commands. Restraints move freely, do not compromise airway, breathing or circulation. No swelling or injuries noted at or distal to restraints in all four extremities. Vital signs taken, the inmate appears medically stable. Inmate does not show any signs of dehydration. Water is available in the cell. Bathroom provided in the cell. Airway patent, breathing normal and unlabored, good pulses and capillary refill distal to the restraints in all 4 extremities. Skin is warm, dry, and has good color. No injuries noted during exam.

Restraint/medical checks to continue at this time.

## PLAN:

## Disposition:

Follow-up at Sick Call as Needed
Follow-up in 2-4 Hours

## Other:

Patient allergies reviewed and updates applied during this visit if indicated. See Chart: Allergies for most recent patient allergy list.

## Patient Education Topics:

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 06/14/2021 | Counseling | Access to Care | Gendreau, Angela | Verbalizes Understanding |

**Copay Required:** No          **Cosign Required:** Yes

**Telephone/Verbal Order:** No

Completed by Gendreau, Angela RN on 06/14/2021 09:35

Requested to be cosigned by Fateh Hyder, Syed (MAT) Regional Medical Director/NCRO.

Cosign documentation will be displayed on the following page.

**Bureau of Prisons**
**Health Services**
**Cosign/Review**

| Inmate Name: | PERRY, OCEANUS | | | Reg #: | 65754-061 |
|---|---|---|---|---|---|
| Date of Birth: | 06/01/1977 | Sex: | M | Race: | BLACK |
| Encounter Date: | 06/14/2021 09:00 | Provider: | Gendreau, Angela RN | Facility: | TOM |

**Cosigned by Fateh Hyder, Syed (MAT) Regional Medical Director/NCRO on 06/14/2021 09:56.**

# Bureau of Prisons
## Health Services
## Clinical Encounter

| | | |
|---|---|---|
| Inmate Name: PERRY, OCEANUS | | Reg #: 65754-061 |
| Date of Birth: 06/01/1977 | Sex: M   Race: BLACK | Facility: TOM |
| Encounter Date: 06/14/2021 05:30 | Provider: Bungard, C. RN | Unit: F03 |

Nursing - Restraint Check encounter performed at Housing Unit.

**SUBJECTIVE:**

COMPLAINT 1        Provider: Bungard, C. RN

Chief Complaint:   Other Problem

Subjective:   Inmate continues in hard ambulatory restraints.

Pain:   No

**OBJECTIVE:**

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 06/14/2021 | 05:30 | 70 | | | Bungard, C. RN |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 06/14/2021 | 05:30 TOM | 16 | Bungard, C. RN |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 06/14/2021 | 05:30 TOM | 137/76 | Left Arm | Lying | Adult-large | Bungard, C. RN |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 06/14/2021 | 05:30 TOM | 98 | | Bungard, C. RN |

**Exam:**

**Head**

   **General**

      Yes: Symmetry of Motor Function, Atraumatic/Normocephalic

   **Pulmonary**

      **Observation/Inspection**

         Yes: Within Normal Limits

         No: Coughing, severe w production green/brown mucus, Respiratory Distress

   **Peripheral Vascular**

      **Arms**

         Yes: Radial Pulse Normal, Capillary Refill Normal

      **Legs**

         Yes: Dorsalis Pedis Normal, Capillary Refill Normal

   **Musculoskeletal**

      **Wrist/Hand/Fingers**

         Yes: Normal Exam, Swelling

**ASSESSMENT:**

   Other

| Inmate Name: | PERRY, OCEANUS | | | Reg #: | 65754-061 |
|---|---|---|---|---|---|
| Date of Birth: | 06/01/1977 | Sex: M | Race: BLACK | Facility: | TOM |
| Encounter Date: | 06/14/2021 05:30 | Provider: Bungard, C. RN | | Unit: | F03 |

Restraint check due to inmate continuing in hard ambulatory restraints. Restraints do not compromise airway, breathing or circulation. It is noted that inmate does have signs of swelling in his hands, there is also evidence of manipulations of wrist restraints, reddened linear marks around the wrists. The wrist restraints were closely assessed and they do not compromise the circulation in the hands, inmate does have good pulses and capillary refill. All restraints are restrictive, but not constrictive. Inmate education of avoiding injury to extremities while in restraints was reviewed and inmate verbalizes understanding. Inmate can move from one position to another and ambulate about the cell. Vital signs stable and the inmate is without signs or symptoms of medical distress. Inmate does not show any signs of dehydration. Water is provided in the cell. Inmate will be offered food at routine times. Inmate able to use the bathroom provided in the cell. Airway patent, breathing normal, good pulses and capillary refill distal to the restraints in all 4 extremities. Skin is warm, dry, and has good color. Inmate requested his shirt to be re- tucked under his martin chain at his waist, which was completed with no issue. He denies any other needs.

**PLAN:**

**Disposition:**

Follow-up at Sick Call as Needed

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 06/14/2021 | Counseling | Access to Care | Bungard, C. | Verbalizes Understanding |
| 06/14/2021 | Counseling | Safety/Injury Prevention | Bungard, C. | Verbalizes Understanding |

refrain from manipulating restraints proximally up extremities as this can cause damage to sensory and motor function of the arms. Manipulation of restraints can also cause wounds to skin tissue which can lead to infection, illness and death.

| 06/14/2021 | Counseling | Plan of Care | Bungard, C. | Verbalizes Understanding |

**Copay Required:** No    **Cosign Required:** Yes

**Telephone/Verbal Order:** Yes   **By:** Fateh Hyder, Syed (MAT) Regional Medical Director/NCRO

**Telephone or Verbal order read back and verified.**


Completed by Bungard, C. RN on 06/14/2021 08:26

Requested to be cosigned by Fateh Hyder, Syed (MAT) Regional Medical Director/NCRO.

Cosign documentation will be displayed on the following page.

**Bureau of Prisons**
**Health Services**
**Cosign/Review**

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | PERRY, OCEANUS | | | Reg #: | 65754-061 |
| Date of Birth: | 06/01/1977 | Sex: | M | Race: | BLACK |
| Encounter Date: | 06/14/2021 05:30 | Provider: | Bungard, C. RN | Facility: | TOM |

**Cosigned by Fateh Hyder, Syed (MAT) Regional Medical Director/NCRO on 06/14/2021 09:26.**

**Bureau of Prisons**
**Health Services**
**Clinical Encounter**

| | | | |
|---|---|---|---|
| Inmate Name: PERRY, OCEANUS | | Reg #: | 65754-061 |
| Date of Birth: 06/01/1977 | Sex: M Race: BLACK | Facility: | TOM |
| Encounter Date: 06/13/2021 22:05 | Provider: Marsh, C. RN | Unit: | F03 |

Nursing - Restraint Check encounter performed at Housing Unit.

**SUBJECTIVE:**

COMPLAINT 1 Provider: Marsh, C. RN

Chief Complaint: No Complaint(s)
Subjective: Restraint check
**Pain:** No

**OBJECTIVE:**
**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 06/13/2021 | 22:05 TOM | 98.9 | 37.2 | | Marsh, C. RN |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 06/13/2021 | 22:05 | 83 | | | Marsh, C. RN |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 06/13/2021 | 22:05 TOM | 16 | Marsh, C. RN |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 06/13/2021 | 22:05 TOM | 133/81 | | | | Marsh, C. RN |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 06/13/2021 | 22:05 TOM | 97 | | Marsh, C. RN |

**Exam:**

**General**

**Appearance**

Yes: Appears Well, Alert and Oriented x 3

**ASSESSMENT:**

No Significant Findings/No Apparent Distress

Restraint check due to inmate being placed in ambulatory restraints. Body position supine during exam. Restraints do not compromise airway, breathing or circulation. No swelling noted distal to restraints in all 4 extremities. Vital signs taken, the inmate appears medically stable. Inmate does not show any signs of dehydration. Water is provided in the cell. Inmate offered and accepted meal trays per custody. Inmate able to use the bathroom provided in the cell. Airway patent, breathing normal, good capillary refill distal to the restraints in all 4 extremities. Skin is warm, dry, and has good color. No new injuries noted during exam.

**PLAN:**

**Disposition:**

Follow-up at Sick Call as Needed

| Inmate Name: | PERRY, OCEANUS | | | | Reg #: | 65754-061 |
| Date of Birth: | 06/01/1977 | Sex: | M | Race: BLACK | Facility: | TOM |
| Encounter Date: | 06/13/2021 22:05 | Provider: | Marsh, C. RN | | Unit: | F03 |

**Other:**

Patient allergies reviewed and updates applied during this visit if indicated. See Chart: Allergies for most recent patient allergy list.

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 06/13/2021 | Counseling | Access to Care | Marsh, C. | Verbalizes Understanding |

**Copay Required:** No          **Cosign Required:** Yes

**Telephone/Verbal Order:** No

Completed by Marsh, C. RN on 06/13/2021 22:14

Requested to be cosigned by Fateh Hyder, Syed (MAT) Regional Medical Director/NCRO.

Cosign documentation will be displayed on the following page.

# Bureau of Prisons
## Health Services
## Cosign/Review

| | | | | | | |
|---|---|---|---|---|---|---|
| Inmate Name: | PERRY, OCEANUS | | | | Reg #: | 65754-061 |
| Date of Birth: | 06/01/1977 | Sex: | M | | Race: | BLACK |
| Encounter Date: | 06/13/2021 22:05 | Provider: | Marsh, C. RN | | Facility: | TOM |

**Cosigned by Fateh Hyder, Syed (MAT) Regional Medical Director/NCRO on 06/14/2021 09:26.**

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | | | |
|---|---|---|---|---|
| Inmate Name: PERRY, OCEANUS | | | Reg #: | 65754-061 |
| Date of Birth: 06/01/1977 | Sex: M | Race: BLACK | Facility: | TOM |
| Encounter Date: 06/13/2021 17:00 | Provider: Marsh, C. RN | | Unit: | F03 |

Nursing - Restraint Check encounter performed at Housing Unit.

**SUBJECTIVE:**

COMPLAINT  1     Provider:  Marsh, C. RN

Chief Complaint:   No Complaint(s)
Subjective:     Restraint check.
**Pain:**     No

**OBJECTIVE:**

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 06/13/2021 | 17:00 TOM | 98.6 | 37.0 | | Marsh, C. RN |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 06/13/2021 | 17:00 | 85 | | | Marsh, C. RN |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 06/13/2021 | 17:00 TOM | 16 | Marsh, C. RN |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 06/13/2021 | 17:00 TOM | 134/82 | | | | Marsh, C. RN |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 06/13/2021 | 17:00 TOM | 98 | | Marsh, C. RN |

**Exam:**

**General**

**Appearance**

Yes: Appears Well, Alert and Oriented x 3

**ASSESSMENT:**

No Significant Findings/No Apparent Distress

Restraint check due to inmate being placed in restraint chair. Body position sitting during exam. Inmate eyes reevaluated and inmate states they feel better. He did ask for the right eye to be flushed again, which was done. No matting present. Inmate instructed to follow up at sick call once out of restraints. Inmate expressed understanding. Restraints do not compromise airway, breathing or circulation. No swelling noted distal to restraints in all 4 extremities. Vital signs taken, the inmate appears medically stable. Inmate does not show any signs of dehydration. Water and food is provided per protocol. Airway patent, breathing normal, good capillary refill distal to the restraints in all 4 extremities. Skin is warm, dry, and has good color. No new injuries noted during exam.

**PLAN:**

**Disposition:**

| Inmate Name: PERRY, OCEANUS | | Reg #: 65754-061 |
| Date of Birth: 06/01/1977 | Sex: M Race: BLACK | Facility: TOM |
| Encounter Date: 06/13/2021 17:00 | Provider: Marsh, C. RN | Unit: F03 |

Follow-up at Sick Call as Needed

**Other:**

Patient allergies reviewed and updates applied during this visit if indicated. See Chart: Allergies for most recent patient allergy list.

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 06/13/2021 | Counseling | Access to Care | Marsh, C. | Verbalizes Understanding |

**Copay Required:** No          **Cosign Required:** Yes
**Telephone/Verbal Order:** No

Completed by Marsh, C. RN on 06/13/2021 19:57
Requested to be cosigned by Fateh Hyder, Syed (MAT) Regional Medical Director/NCRO.
Cosign documentation will be displayed on the following page.

# Bureau of Prisons
# Health Services
# Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | PERRY, OCEANUS | | | Reg #: | 65754-061 |
| Date of Birth: | 06/01/1977 | Sex: | M | Race: | BLACK |
| Encounter Date: | 06/13/2021 17:00 | Provider: | Marsh, C. RN | Facility: | TOM |

**Cosigned by Fateh Hyder, Syed (MAT) Regional Medical Director/NCRO on 06/14/2021 09:25.**

**Bureau of Prisons**
**Health Services**
**Clinical Encounter**

| | | | | |
|---|---|---|---|---|
| Inmate Name: PERRY, OCEANUS | | | Reg #: | 65754-061 |
| Date of Birth: 06/01/1977 | Sex: M Race: BLACK | | Facility: | TOM |
| Encounter Date: 06/13/2021 15:00 | Provider: Marsh, C. RN | | Unit: | F03 |

Nursing - Restraint Check encounter performed at Housing Unit.

**SUBJECTIVE:**

COMPLAINT  1        Provider:  Marsh, C. RN

Chief Complaint:   Eyes/Vision Problems
Subjective:        Restraint check. Inmate complained of burning and itching in his eyes.
**Pain:**          No

**OBJECTIVE:**

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 06/13/2021 | 15:00 TOM | 97.6 | 36.4 | | Marsh, C. RN |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 06/13/2021 | 15:00 | 88 | | | Marsh, C. RN |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 06/13/2021 | 15:00 TOM | 16 | Marsh, C. RN |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 06/13/2021 | 15:00 TOM | 129/75 | | | | Marsh, C. RN |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 06/13/2021 | 15:00 TOM | 100 | | Marsh, C. RN |

**Exam:**

**General**

**Appearance**

Yes: Appears Well, Alert and Oriented x 3

**ASSESSMENT:**

Other

Restraint check due to inmate being placed in restraint chair. Body position sitting during exam. Inmate complained of his eyes burning and itching during check. Sclera white, conjunctiva red, matting noted on bilateral eyelashes. Eyes flushed with water, inmate stated they felt better, will reevaluate on next restraint check. Restraints do not compromise airway, breathing or circulation. No swelling noted distal to restraints in all 4 extremities. Vital signs taken, the inmate appears medically stable. Inmate does not show any signs of dehydration. Water and food provided per protocol. Airway patent, breathing normal, good capillary refill distal to the restraints in all 4 extremities. Skin is warm, dry, and has good color. No new injuries noted during exam.

**PLAN:**

**Disposition:**

| Inmate Name: PERRY, OCEANUS | | Reg #: 65754-061 |
|---|---|---|
| Date of Birth: 06/01/1977 | Sex: M Race: BLACK | Facility: TOM |
| Encounter Date: 06/13/2021 15:00 | Provider: Marsh, C. RN | Unit: F03 |

Follow-up at Sick Call as Needed

**Other:**

Patient allergies reviewed and updates applied during this visit if indicated. See Chart: Allergies for most recent patient allergy list.

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 06/13/2021 | Counseling | Access to Care | Marsh, C. | Verbalizes Understanding |

**Copay Required:** No          **Cosign Required:** Yes

**Telephone/Verbal Order:** No

Completed by Marsh, C. RN on 06/13/2021 19:53

Requested to be cosigned by Fateh Hyder, Syed (MAT) Regional Medical Director/NCRO.

Cosign documentation will be displayed on the following page.

·

**Bureau of Prisons**
**Health Services**
**Cosign/Review**

| | | | | |
|---|---|---|---|---|
| Inmate Name: | PERRY, OCEANUS | | Reg #: | 65754-061 |
| Date of Birth: | 06/01/1977 | Sex: M | Race: | BLACK |
| Encounter Date: | 06/13/2021 15:00 | Provider: Marsh, C. RN | Facility: | TOM |

**Cosigned by Fateh Hyder, Syed (MAT) Regional Medical Director/NCRO on 06/14/2021 09:25.**

**Bureau of Prisons**
**Health Services**
**Clinical Encounter**

| | | | | |
|---|---|---|---|---|
| Inmate Name: PERRY, OCEANUS | | | | Reg #: 65754-061 |
| Date of Birth: 06/01/1977 | | Sex: M Race: BLACK | | Facility: TOM |
| Encounter Date: 06/13/2021 13:00 | | Provider: Garcia, V. RN | | Unit: F03 |

Nursing - Restraint Check encounter performed at Housing Unit.

**SUBJECTIVE:**

COMPLAINT   1         Provider:   Garcia, V. RN

Chief Complaint:   No Injury
Subjective:   Pro-straint restraint/medical check.
**Pain:**         No

**OBJECTIVE:**

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 06/13/2021 | 13:00 TOM | Unavailable | 0.0 | | Garcia, V. RN |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 06/13/2021 | 13:00 | 84 | | | Garcia, V. RN |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 06/13/2021 | 13:00 TOM | 16 | Garcia, V. RN |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 06/13/2021 | 13:00 TOM | 142/88 | | | | Garcia, V. RN |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 06/13/2021 | 13:00 TOM | 98 | Room Air | Garcia, V. RN |

**Exam:**

**General**
  **Affect**
    Yes: Cooperative
  **Appearance**
    Yes: Appears Well, Alert and Oriented x 3
**Pulmonary**
  **Observation/Inspection**
    Yes: Within Normal Limits
**Peripheral Vascular**
  **General**
    Yes: Within Normal Limits
  **Arms**
    Yes: Radial Pulse Normal, Capillary Refill Normal
  **Legs**

| | | | |
|---|---|---|---|
| Inmate Name: PERRY, OCEANUS | | | Reg #: 65754-061 |
| Date of Birth: 06/01/1977 | Sex: M Race: BLACK | | Facility: TOM |
| Encounter Date: 06/13/2021 13:00 | Provider: Garcia, V. RN | | Unit: F03 |

Yes: Dorsalis Pedis Normal

**ASSESSMENT:**

Other

Pro-straint restraint check and medical assessment completed. Inmate awake with eyes open and followed verbal commands readily.

Restraints are adequate to circulation and do not compromise airway or breathing. No swelling or injuries noted at or distal to restraints in all 4 extremities. Vital signs within normal limits and the inmate appears medically stable. Inmate does not show any signs of dehydration. Inmate offered water and toilet per Custody. Food offered during mealtimes per Custody. Airway patent, breathing normal, good pulses and capillary refill distal to the restraints in all 4 extremities. Skin is warm, dry, and has good color. No injuries reported or noted during restraint check assessment.

Restraint/medical checks to continue at this time.

**PLAN:**

**Disposition:**

Follow-up at Sick Call as Needed
Follow-up in 2-4 Hours

**Other:**

Patient allergies reviewed and updates applied during this visit if indicated. See Chart: Allergies for most recent patient allergy list.

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 06/13/2021 | Counseling | Access to Care | Garcia, V. | Verbalizes Understanding |

**Copay Required:** No          **Cosign Required:** Yes
**Telephone/Verbal Order:** No

Completed by Garcia, V. RN on 06/13/2021 13:47
Requested to be cosigned by Fateh Hyder, Syed (MAT) Regional Medical Director/NCRO.
Cosign documentation will be displayed on the following page.

**Bureau of Prisons**
**Health Services**
**Cosign/Review**

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | PERRY, OCEANUS | | | Reg #: | 65754-061 |
| Date of Birth: | 06/01/1977 | Sex: | M | Race: | BLACK |
| Encounter Date: | 06/13/2021 13:00 | Provider: | Garcia, V. RN | Facility: | TOM |

**Cosigned by Fateh Hyder, Syed (MAT) Regional Medical Director/NCRO on 06/14/2021 09:25.**

# Bureau of Prisons
## Health Services
## Clinical Encounter

| | | | | |
|---|---|---|---|---|
| Inmate Name: | PERRY, OCEANUS | | Reg #: | 65754-061 |
| Date of Birth: | 06/01/1977 | Sex: M  Race: BLACK | Facility: | TOM |
| Encounter Date: | 06/13/2021 09:00 | Provider: Garcia, V. RN | Unit: | F03 |

Nursing - Restraint Check encounter performed at Housing Unit.

**SUBJECTIVE:**

COMPLAINT  1  Provider:  Garcia, V. RN

Chief Complaint:  No Injury
Subjective:  Pro-straint restraint/medical check.
Pain:  No

**OBJECTIVE:**

**Temperature:**

| <u>Date</u> | <u>Time</u> | <u>Fahrenheit</u> | <u>Celsius</u> | <u>Location</u> | <u>Provider</u> |
|---|---|---|---|---|---|
| 06/13/2021 | 09:00 TOM | Unavailable | 0.0 | | Garcia, V. RN |

**Pulse:**

| <u>Date</u> | <u>Time</u> | <u>Rate Per Minute</u> | <u>Location</u> | <u>Rhythm</u> | <u>Provider</u> |
|---|---|---|---|---|---|
| 06/13/2021 | 09:00 | 87 | | | Garcia, V. RN |

**Respirations:**

| <u>Date</u> | <u>Time</u> | <u>Rate Per Minute</u> | <u>Provider</u> |
|---|---|---|---|
| 06/13/2021 | 09:00 TOM | 16 | Garcia, V. RN |

**Blood Pressure:**

| <u>Date</u> | <u>Time</u> | <u>Value</u> | <u>Location</u> | <u>Position</u> | <u>Cuff Size</u> | <u>Provider</u> |
|---|---|---|---|---|---|---|
| 06/13/2021 | 09:00 TOM | 149/89 | | | | Garcia, V. RN |

**SaO2:**

| <u>Date</u> | <u>Time</u> | <u>Value(%)</u> | <u>Air</u> | <u>Provider</u> |
|---|---|---|---|---|
| 06/13/2021 | 09:00 TOM | 97 | Room Air | Garcia, V. RN |

**Exam:**

**General**

**Affect**

Yes: Cooperative

**Appearance**

Yes: Appears Well, Alert and Oriented x 3

**Pulmonary**

**Observation/Inspection**

Yes: Within Normal Limits

**Peripheral Vascular**

**General**

Yes: Within Normal Limits

**Arms**

Yes: Radial Pulse Normal, Capillary Refill Normal

**Legs**

| | | | | |
|---|---|---|---|---|
| Inmate Name: PERRY, OCEANUS | | | | Reg #: 65754-061 |
| Date of Birth: 06/01/1977 | Sex: | M | Race: BLACK | Facility: TOM |
| Encounter Date: 06/13/2021 09:00 | Provider: Garcia, V. RN | | | Unit: F03 |

Yes: Dorsalis Pedis Normal

**ASSESSMENT:**

Other

Pro-straint restraint check and medical assessment completed. Inmate in a seated position, eyes open and awake. Inmate followed verbal commands readily.

Restraints do not impede circulation and do not compromise airway or breathing. No swelling or injuries noted at or distal to restraints in all 4 extremities. Vital signs within normal limits and the inmate appears medically stable. Inmate does not show any signs of dehydration. Inmate offered water and toilet by Custody. Food offered during mealtimes by Custody. Airway patent, breathing normal, good pulses and capillary refill distal to the restraints in all 4 extremities. Skin is warm, dry, and has good color. No injuries reported or noted during restraint check assessment. Restraints are adequate to circulation.

Restraint/medical checks to continue at this time.

**PLAN:**

**Disposition:**

Follow-up at Sick Call as Needed
Follow-up in 2-4 Hours

**Other:**

Patient allergies reviewed and updates applied during this visit if indicated. See Chart: Allergies for most recent patient allergy list.

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 06/13/2021 | Counseling | Access to Care | Garcia, V. | Verbalizes Understanding |

**Copay Required:** No  **Cosign Required:** Yes
**Telephone/Verbal Order:** No

Completed by Garcia, V. RN on 06/13/2021 09:55
Requested to be cosigned by Fateh Hyder, Syed (MAT) Regional Medical Director/NCRO.
Cosign documentation will be displayed on the following page.

## Bureau of Prisons
## Health Services
## Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | PERRY, OCEANUS | | | Reg #: | 65754-061 |
| Date of Birth: | 06/01/1977 | Sex: | M | Race: | BLACK |
| Encounter Date: | 06/13/2021 09:00 | Provider: | Garcia, V. RN | Facility: | TOM |

**Cosigned by Fateh Hyder, Syed (MAT) Regional Medical Director/NCRO on 06/14/2021 09:24.**

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | | | |
|---|---|---|---|---|
| Inmate Name: | PERRY, OCEANUS | | Reg #: | 65754-061 |
| Date of Birth: | 06/01/1977 | Sex: M Race: BLACK | Facility: | TOM |
| Encounter Date: | 06/13/2021 05:00 | Provider: Wierema, C. RN | Unit: | F03 |

Nursing - Restraint Check encounter performed at Housing Unit.

**SUBJECTIVE:**

COMPLAINT 1    Provider: Wierema, C. RN

Chief Complaint: Other Problem
Subjective: Restraint Check.
**Pain:**    No

**OBJECTIVE:**

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 06/13/2021 | 05:00 | 91 | Via Machine | | Wierema, C. RN |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 06/13/2021 | 05:00 TOM | 18 | Wierema, C. RN |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 06/13/2021 | 05:00 TOM | 144/84 | Right Arm | | | Wierema, C. RN |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 06/13/2021 | 05:00 TOM | 98 | Room Air | Wierema, C. RN |

**Exam:**

**General**
  **Affect**
    Yes: Flat
  **Appearance**
    Yes: Appears Well, Alert and Oriented x 3
**Skin**
  **General**
    Yes: Dry
**Nose**
  **General**
    Yes: Nares Patent
**Neck**
  **General**
    Yes: Within Normal Limits
**Pulmonary**
  **Observation/Inspection**
    Yes: Within Normal Limits
    No: Respiratory Distress

| Inmate Name: PERRY, OCEANUS | | | Reg #: 65754-061 |
| Date of Birth: 06/01/1977 | Sex: M Race: BLACK | | Facility: TOM |
| Encounter Date: 06/13/2021 05:00 | Provider: Wierema, C. RN | | Unit: F03 |

**Cardiovascular**

**Observation**

Yes: Within Normal Limits

No: Cardiopulmonary Distress

**Peripheral Vascular**

**General**

Yes: Within Normal Limits

**Arms**

Yes: Radial Pulse Normal, Capillary Refill Normal

**Legs**

Yes: Dorsalis Pedis Normal, Capillary Refill Normal

## ASSESSMENT:

No Significant Findings/No Apparent Distress

Restraint check due to inmate remaining in hard ambulatory restraints in restraint chair. Restraints move freely, do not compromise airway, breathing or circulation. No swelling or injuries noted at or distal to restraints in all four extremities. Vital signs taken, the inmate appears medically stable. Inmate does not show any signs of dehydration. Water is available in the cell. Bathroom provided in the cell. Airway patent, breathing normal, good pulses and capillary refill distal to the restraints in all 4 extremities. Skin is warm, dry, and has good color. No new injuries noted during exam.

## PLAN:

## Disposition:

Follow-up at Sick Call as Needed

## Other:

Patient allergies reviewed and updates applied during this visit if indicated. See Chart: Allergies for most recent patient allergy list.

## Patient Education Topics:

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 06/13/2021 | Not Done | | Wierema, C. | No Participation |

**Copay Required:** No     **Cosign Required:** Yes

**Telephone/Verbal Order:** No

Completed by Wierema, C. RN on 06/13/2021 05:34

Requested to be cosigned by Fateh Hyder, Syed (MAT) Regional Medical Director/NCRO.

Cosign documentation will be displayed on the following page.

**Bureau of Prisons**
**Health Services**
**Cosign/Review**

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | PERRY, OCEANUS | | | Reg #: | 65754-061 |
| Date of Birth: | 06/01/1977 | Sex: | M | Race: | BLACK |
| Encounter Date: | 06/13/2021 05:00 | Provider: | Wierema, C. RN | Facility: | TOM |

**Cosigned by Fateh Hyder, Syed (MAT) Regional Medical Director/NCRO on 06/14/2021 09:24.**

**Bureau of Prisons**
**Health Services**
**Clinical Encounter**

| | | | | |
|---|---|---|---|---|
| Inmate Name: | PERRY, OCEANUS | | Reg #: | 65754-061 |
| Date of Birth: | 06/01/1977 | Sex: M   Race: BLACK | Facility: | TOM |
| Encounter Date: | 06/12/2021 22:12 | Provider: Simcox, J RN | Unit: | F03 |

Nursing - Restraint Check encounter performed at Other.
**SUBJECTIVE:**

COMPLAINT  1      Provider:  Simcox, J RN
Chief Complaint:   No Complaint(s)
Subjective:     Restraint Check
**Pain:**       Not Applicable

**OBJECTIVE:**
**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 06/12/2021 | 22:13 TOM | 98.6 | 37.0 | Oral | Simcox, J RN |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 06/12/2021 | 22:13 | 89 | Via Machine | | Simcox, J RN |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 06/12/2021 | 22:13 TOM | 16 | Simcox, J RN |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 06/12/2021 | 22:13 TOM | 132/84 | Left Arm | Sitting | Adult-large | Simcox, J RN |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 06/12/2021 | 22:13 TOM | 97 | Room Air | Simcox, J RN |

**Exam:**
**General**
**Affect**
Yes: Cooperative
**Appearance**
Yes: Alert & Oriented to Person
**Pulmonary**
**Observation/Inspection**
Yes: Within Normal Limits
No: Respiratory Distress
**Peripheral Vascular**
**Arms**
Yes: Radial Pulse Normal
**Legs**
Yes: Dorsalis Pedis Normal

| Inmate Name: PERRY, OCEANUS | | | Reg #: 65754-061 |
| Date of Birth: 06/01/1977 | Sex: M Race: BLACK | | Facility: TOM |
| Encounter Date: 06/12/2021 22:12 | Provider: Simcox, J RN | | Unit: F03 |

## ASSESSMENT:

No Significant Findings/No Apparent Distress

Restraint check in Fox Unit, Range 3, Cell 22 for inmate with hard restraints via restraint chair. No injuries noted at or distal to restraints in the four extremities-Minor swelling noted in left hand. Importance of periodic movement of digits reinforced with inmate. Vital signs stable - inmate is without sign/s of medical distress. Inmate shows no sign of dehydration at this time. Water and toileting offered per Custody-inmate declined offer of H2O during this exam. Airway is patent-inmate breaths normally. Peripheral pulses palpated - capillary refill distal to each restraint device on each of the four extremities less than three seconds. Skin is warm, dry, with normal color. No injuries observed during this exam.

## PLAN:

## Disposition:

Follow-up at Sick Call as Needed
Follow-up in 4-8 Hours

## Other:

Patient allergies reviewed and updates applied during this visit if indicated. See Chart: Allergies for most recent patient allergy list.

## Patient Education Topics:

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 06/12/2021 | Counseling | Access to Care | Simcox, J | Needs Reinforcement |
| 06/12/2021 | Counseling | Plan of Care | Simcox, J | Needs Reinforcement |

**Copay Required:** No          **Cosign Required:** Yes

**Telephone/Verbal Order:** No

Completed by Simcox, J RN on 06/12/2021 22:20

Requested to be cosigned by Fateh Hyder, Syed (MAT) Regional Medical Director/NCRO.

Cosign documentation will be displayed on the following page.

## Bureau of Prisons
## Health Services
## Cosign/Review

| Inmate Name: | PERRY, OCEANUS | | | Reg #: | 65754-061 |
|---|---|---|---|---|---|
| Date of Birth: | 06/01/1977 | Sex: | M | Race: | BLACK |
| Encounter Date: | 06/12/2021 22:12 | Provider: | Simcox, J RN | Facility: | TOM |

**Cosigned by Fateh Hyder, Syed (MAT) Regional Medical Director/NCRO on 06/14/2021 09:24.**

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | | |
|---|---|---|---|
| Inmate Name: PERRY, OCEANUS | | Reg #: | 65754-061 |
| Date of Birth: 06/01/1977 | Sex: M Race: BLACK | Facility: | TOM |
| Encounter Date: 06/12/2021 17:13 | Provider: Simcox, J RN | Unit: | F03 |

Nursing - Restraint Check encounter performed at Other.

**SUBJECTIVE:**

COMPLAINT 1 Provider: Simcox, J RN

Chief Complaint: Dizziness
Subjective: Restraint Check
Pain: Not Applicable

**OBJECTIVE:**
**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 06/12/2021 | 17:00 TOM | 98.0 | 36.7 | Forehead | Simcox, J RN |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 06/12/2021 | 17:00 | 83 | Via Machine | | Simcox, J RN |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 06/12/2021 | 17:00 TOM | 16 | Simcox, J RN |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 06/12/2021 | 17:00 TOM | 110/70 | Left Arm | Sitting | Adult-large | Simcox, J RN |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 06/12/2021 | 17:00 TOM | 100 | | Simcox, J RN |

**Exam:**

**General**
**Affect**
Yes: Cooperative
**Appearance**
Yes: Alert & Oriented to Person
**Pulmonary**
**Observation/Inspection**
Yes: Within Normal Limits
No: Respiratory Distress
**Peripheral Vascular**
**Arms**
Yes: Radial Pulse Normal
**Legs**
Yes: Dorsalis Pedis Normal

| | | | |
|---|---|---|---|
| Inmate Name: PERRY, OCEANUS | | | Reg #: 65754-061 |
| Date of Birth: 06/01/1977 | Sex: M Race: BLACK | | Facility: TOM |
| Encounter Date: 06/12/2021 17:13 | Provider: Simcox, J RN | | Unit: F03 |

## ASSESSMENT:

No Significant Findings/No Apparent Distress

Restraint check in Fox Unit, Range 3, Cell 22 for inmate with hard restraints via restraint chair. No injuries noted at or distal to restraints in the four extremities-Minor swelling noted in left hand. Vital signs stable - inmate is without sign/s of medical distress. Inmate shows no sign of dehydration at this time. Water and toileting offered per Custody-inmate declined offer of H2O during this exam. Airway is patent-inmate breaths normally. Peripheral pulses palpated - capillary refill distal to each restraint device on each of the four extremities less than three seconds. Skin is warm, dry, with normal color. No injuries observed during this exam.

## PLAN:

### Disposition:

Follow-up at Sick Call as Needed
Follow-up in 2-4 Hours

### Other:

Patient allergies reviewed and updates applied during this visit if indicated. See Chart: Allergies for most recent patient allergy list.

### Patient Education Topics:

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 06/12/2021 | Counseling | Access to Care | Simcox, J | Needs Reinforcement |
| 06/12/2021 | Counseling | Plan of Care | Simcox, J | Needs Reinforcement |

**Copay Required:** No          **Cosign Required:** Yes

**Telephone/Verbal Order:** No

Completed by Simcox, J RN on 06/12/2021 17:18

Requested to be cosigned by Fateh Hyder, Syed (MAT) Regional Medical Director/NCRO.

Cosign documentation will be displayed on the following page.

**Bureau of Prisons**
**Health Services**
**Cosign/Review**

| | | | | |
|---|---|---|---|---|
| Inmate Name: | PERRY, OCEANUS | | | Reg #: 65754-061 |
| Date of Birth: | 06/01/1977 | Sex: | M | Race: BLACK |
| Encounter Date: | 06/12/2021 17:13 | Provider: | Simcox, J RN | Facility: TOM |

**Cosigned by Fateh Hyder, Syed (MAT) Regional Medical Director/NCRO on 06/14/2021 09:23.**

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | | |
|---|---|---|---|
| Inmate Name: PERRY, OCEANUS | | | Reg #: 65754-061 |
| Date of Birth: 06/01/1977 | Sex: M Race: BLACK | | Facility: TOM |
| Encounter Date: 06/12/2021 15:05 | Provider: Simcox, J RN | | Unit: F03 |

Nursing - Restraint Check encounter performed at Other.

**SUBJECTIVE:**

COMPLAINT 1    Provider: Simcox, J RN

Chief Complaint: Nausea/Vomiting
Subjective:    Restraint Check
Pain:    Not Applicable

**OBJECTIVE:**
**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 06/12/2021 | 15:00 TOM | 98.1 | 36.7 | | Simcox, J RN |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 06/12/2021 | 15:00 | 86 | Via Machine | | Simcox, J RN |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 06/12/2021 | 15:00 TOM | 16 | Simcox, J RN |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 06/12/2021 | 15:00 TOM | 126/83 | Left Arm | Sitting | Adult-large | Simcox, J RN |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 06/12/2021 | 15:00 TOM | 98 | Room Air | Simcox, J RN |

**Exam:**

**General**
   **Affect**
      Yes: Cooperative
   **Appearance**
      Yes: Alert & Oriented to Person
**Pulmonary**
   **Observation/Inspection**
      Yes: Within Normal Limits
      No: Respiratory Distress
**Peripheral Vascular**
   **Arms**
      Yes: Radial Pulse Normal
   **Legs**
      Yes: Dorsalis Pedis Normal

| Inmate Name: | PERRY, OCEANUS | | | | Reg #: | 65754-061 |
|---|---|---|---|---|---|---|
| Date of Birth: | 06/01/1977 | Sex: | M | Race: BLACK | Facility: | TOM |
| Encounter Date: | 06/12/2021 15:05 | Provider: | Simcox, J RN | | Unit: | F03 |

**ASSESSMENT:**

Other

Restraint check in Fox Unit, Range 3, Cell 22 for inmate with hard restraints via restraint chair. No injuries noted at or distal to restraints in the four extremities-moderate swelling noted in upper extremities. Inmate encouraged to periodically move digits. Vital signs stable - inmate is without sign/s of medical distress. Inmate shows no sign of dehydration at this time. Water and toileting offered per Custody-inmate declined offer of H2O during this exam. Airway is patent-inmate breaths normally. Peripheral pulses palpated - capillary refill distal to each restraint device on each of the four extremities less than three seconds. Skin is warm, dry, with normal color. No injuries reported or observed during this exam.

**PLAN:**

**Disposition:**

Follow-up at Sick Call as Needed
Follow-up in 2-4 Hours

**Other:**

Patient allergies reviewed and updates applied during this visit if indicated. See Chart: Allergies for most recent patient allergy list.

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 06/12/2021 | Counseling | Access to Care | Simcox, J | Needs Reinforcement |
| 06/12/2021 | Counseling | Plan of Care | Simcox, J | Needs Reinforcement |

**Copay Required:** No          **Cosign Required:** Yes

**Telephone/Verbal Order:** No

Completed by Simcox, J RN on 06/12/2021 15:13

Requested to be cosigned by Fateh Hyder, Syed (MAT) Regional Medical Director/NCRO.

Cosign documentation will be displayed on the following page.

**Bureau of Prisons**
**Health Services**
**Cosign/Review**

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | PERRY, OCEANUS | | | Reg #: | 65754-061 |
| Date of Birth: | 06/01/1977 | Sex: | M | Race: | BLACK |
| Encounter Date: | 06/12/2021 15:05 | Provider: | Simcox, J RN | Facility: | TOM |

**Cosigned by Fateh Hyder, Syed (MAT) Regional Medical Director/NCRO on 06/14/2021 09:22.**

**Bureau of Prisons**
**Health Services**
**Clinical Encounter**

| | | |
|---|---|---|
| Inmate Name: PERRY, OCEANUS | | Reg #: 65754-061 |
| Date of Birth: 06/01/1977 | Sex: M Race: BLACK | Facility: TOM |
| Encounter Date: 06/12/2021 11:00 | Provider: Garcia, V. RN | Unit: F03 |

Injury Assessment - Non-work related encounter performed at Housing Unit.

**SUBJECTIVE:**

**INJURY 1    Provider:** Garcia, V. RN

**Date of Injury:** 06/12/2021 10:47       **Date Reported for Treatment:** 06/12/2021 11:00

**Work Related:** No       **Work Assignment:** A&O COMPLT

**Pain Location:**

Pain Scale:    0

Pain Qualities:

**Where Did Injury Happen (Be specific as to location):**

F Unit Range 3 Cell 17

**Cause of Injury (Inmate's Statement of how injury occurred):**

No statement.

**Symptoms (as reported by inmate):**

"My left ankle".

**OBJECTIVE:**

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 06/12/2021 | 11:00 | 78 | | | Garcia, V. RN |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 06/12/2021 | 11:00 TOM | 16 | Garcia, V. RN |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 06/12/2021 | 11:00 TOM | 100/68 | | Standing | | Garcia, V. RN |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 06/12/2021 | 11:00 TOM | 100 | Room Air | Garcia, V. RN |

**Exam:**

**General**

**Affect**

Yes: Cooperative

**Appearance**

Yes: Appears Well, Alert and Oriented x 3

**Pulmonary**

**Observation/Inspection**

Yes: Within Normal Limits

**Peripheral Vascular**

| Inmate Name: PERRY, OCEANUS | | Reg #: 65754-061 |
|---|---|---|
| Date of Birth: 06/01/1977 | Sex: M Race: BLACK | Facility: TOM |
| Encounter Date: 06/12/2021 11:00 | Provider: Garcia, V. RN | Unit: F03 |

**General**

Yes: Within Normal Limits

**Arms**

Yes: Radial Pulse Normal

## ASSESSMENT:

No Significant Findings/No Apparent Distress

Informed by Custody of an immediate use of force incident. Inmate standing and bent forward in the unit rotunda, secured via Custody. Inmate standing without difficulty and appears relaxed. Inmate followed verbal commands readily.

No chemical munitions used, therefore no decontamination necessary. When asked of any injuries, inmate stated, "my left ankle"; restraints were then readjusted. Vital signs are within normal limits including oxygenation with a patent airway. Skin color within normal limits for race, warm and dry.

Inmate placed into the pro-straint restraint chair. Restraints do not compromise airway, breathing or circulation. No swelling or injuries noted at or distal to restraints in all 4 extremities. Inmate appears medically stable. Inmate does not show any signs of dehydration. Inmate offered water and toilet by Custody. Food offered during mealtimes by Custody. Airway patent, breathing normal, good pulses and capillary refill distal to the restraints.

No further medical attention is necessary at this time. Restraint/medical checks to continue at this time.

## PLAN:

## Disposition:

Follow-up at Sick Call as Needed
Follow-up in 2-4 Hours
Injury level 1

## Other:

Patient allergies reviewed and updates applied during this visit if indicated. See Chart: Allergies for most recent patient allergy list.

## Patient Education Topics:

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 06/12/2021 | Counseling | Access to Care | Garcia, V. | Verbalizes Understanding |

**Copay Required:** No    **Cosign Required:** Yes

**Telephone/Verbal Order:** No

Completed by Garcia, V. RN on 06/12/2021 11:50

Requested to be cosigned by Fateh Hyder, Syed (MAT) Regional Medical Director/NCRO.

Cosign documentation will be displayed on the following page.

**Bureau of Prisons**
**Health Services**
**Cosign/Review**

| Inmate Name: | PERRY, OCEANUS | | | Reg #: | 65754-061 |
|---|---|---|---|---|---|
| Date of Birth: | 06/01/1977 | Sex: | M | Race: | BLACK |
| Encounter Date: | 06/12/2021 11:00 | Provider: | Garcia, V. RN | Facility: | TOM |

**Cosigned by Fateh Hyder, Syed (MAT) Regional Medical Director/NCRO on 06/14/2021 09:22.**

# Bureau of Prisons
## Health Services
## Clinical Encounter - Administrative Note

| | | | | | | |
|---|---|---|---|---|---|---|
| Inmate Name: | PERRY, OCEANUS | | | | Reg #: | 65754-061 |
| Date of Birth: | 06/01/1977 | Sex: | M | Race:BLACK | Facility: | TOM |
| Note Date: | 06/12/2021 10:52 | Provider: | Garcia, V. RN | | Unit: | F03 |

Admin Note - General Administrative Note encounter performed at Health Services.
**Administrative Notes:**

ADMINISTRATIVE NOTE **1**        Provider:   Garcia, V. RN
Informed by F Unit Lt, that inmate was removed from all restraints and placed into a new cell.


**Copay Required:** No            **Cosign Required:**  No
**Telephone/Verbal Order:**   No

Completed by Garcia, V. RN on 06/12/2021 10:53

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | | |
|---|---|---|---|
| Inmate Name: PERRY, OCEANUS | | | Reg #: 65754-061 |
| Date of Birth: 06/01/1977 | Sex: M Race: BLACK | | Facility: TOM |
| Encounter Date: 06/12/2021 08:07 | Provider: Garcia, V. RN | | Unit: F03 |

Nursing - Restraint Check encounter performed at Housing Unit.

**SUBJECTIVE:**

COMPLAINT 1    Provider:  Garcia, V. RN

Chief Complaint:  No Injury
Subjective:   Hard Ambulatory Restraint Check
Pain:    No

**OBJECTIVE:**
**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 06/12/2021 | 08:07 TOM | 97.4 | 36.3 | | Garcia, V. RN |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 06/12/2021 | 08:07 | 78 | | | Garcia, V. RN |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 06/12/2021 | 08:07 TOM | 16 | Garcia, V. RN |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 06/12/2021 | 08:07 TOM | 116/74 | | | | Garcia, V. RN |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 06/12/2021 | 08:07 TOM | 100 | Room Air | Garcia, V. RN |

**Exam:**
**General**
  **Affect**
    Yes: Cooperative
  **Appearance**
    Yes: Appears Well, Alert and Oriented x 3
**Pulmonary**
  **Observation/Inspection**
    Yes: Within Normal Limits
**Cardiovascular**
  **Observation**
    Yes: Within Normal Limits
**Peripheral Vascular**
  **General**
    Yes: Within Normal Limits

| Inmate Name: PERRY, OCEANUS | | | Reg #: 65754-061 |
| Date of Birth: 06/01/1977 | Sex: M Race: BLACK | | Facility: TOM |
| Encounter Date: 06/12/2021 08:07 | Provider: Garcia, V. RN | | Unit: F03 |

**Arms**

Yes: Radial Pulse Normal, Capillary Refill Normal

**Legs**

Yes: Dorsalis Pedis Normal, Capillary Refill Normal

## ASSESSMENT:

Other

Ambulatory restraint/medical check and assessment completed. Inmate laying supine on bed calmly during checks. Inmate followed verbal commands easily. Inmate had no complaints to Medical at this time.

Restraints move freely, do not compromise airway, breathing or circulation. No swelling or injuries noted at or distal to restraints in all 4 extremities. Inmate moves from one position to another and ambulates about the cell. Vital signs within normal limits and the inmate appears medically stable. Inmate does not show any signs of dehydration. Inmate has access to water and toilet in the cell. Inmate offered food during mealtimes by Custody. Airway patent, breathing normal, good pulses and capillary refill distal to the restraints in all 4 extremities. Skin is warm, dry, and has good color. No injuries reported or noted during restraint check assessment.

Restraint/medical checks to continue at this time.

## PLAN:

### Disposition:

Follow-up at Sick Call as Needed
Follow-up in 2-4 Hours

### Other:

Patient allergies reviewed and updates applied during this visit if indicated. See Chart: Allergies for most recent patient allergy list.

### Patient Education Topics:

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 06/12/2021 | Counseling | Access to Care | Garcia, V. | Verbalizes Understanding |

**Copay Required:** No          **Cosign Required:** Yes

**Telephone/Verbal Order:** No

Completed by Garcia, V. RN on 06/12/2021 08:20

Requested to be cosigned by Fateh Hyder, Syed (MAT) Regional Medical Director/NCRO.

Cosign documentation will be displayed on the following page.

**Bureau of Prisons**
**Health Services**
**Cosign/Review**

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | PERRY, OCEANUS | | | Reg #: | 65754-061 |
| Date of Birth: | 06/01/1977 | Sex: | M | Race: | BLACK |
| Encounter Date: | 06/12/2021 08:07 | Provider: | Garcia, V. RN | Facility: | TOM |

**Cosigned by Fateh Hyder, Syed (MAT) Regional Medical Director/NCRO on 06/14/2021 09:22.**

**Bureau of Prisons**
**Health Services**
**Clinical Encounter**

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | PERRY, OCEANUS | | | Reg #: | 65754-061 |
| Date of Birth: | 06/01/1977 | Sex: | M    Race: BLACK | Facility: | TOM |
| Encounter Date: | 06/12/2021 06:00 | Provider: | Wierema, C. RN | Unit: | F03 |

Nursing - Restraint Check encounter performed at Health Services.

**SUBJECTIVE:**

COMPLAINT  1      Provider:  Wierema, C. RN

Chief Complaint:  Other Problem
Subjective:    Restraint Check.
Pain:      No

**OBJECTIVE:**

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 06/12/2021 | 06:00 | 74 | Via Machine | | Wierema, C. RN |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 06/12/2021 | 06:00 TOM | 16 | Wierema, C. RN |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 06/12/2021 | 06:00 TOM | 112/75 | Right Arm | | | Wierema, C. RN |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 06/12/2021 | 06:00 TOM | 99 | Room Air | Wierema, C. RN |

Exam:

**General**
  **Affect**
    Yes: Flat
  **Appearance**
    Yes: Appears Well, Alert and Oriented x 3
**Skin**
  **General**
    Yes: Dry
**Nose**
  **General**
    Yes: Nares Patent
**Neck**
  **General**
    Yes: Within Normal Limits
**Pulmonary**
  **Observation/Inspection**
    Yes: Within Normal Limits
    No: Respiratory Distress

| | | | |
|---|---|---|---|
| Inmate Name: PERRY, OCEANUS | | | Reg #: 65754-061 |
| Date of Birth: 06/01/1977 | Sex: M Race: BLACK | | Facility: TOM |
| Encounter Date: 06/12/2021 06:00 | Provider: Wierema, C. RN | | Unit: F03 |

### Cardiovascular

**Observation**

Yes: Within Normal Limits

No: Cardiopulmonary Distress

### Peripheral Vascular

**General**

Yes: Within Normal Limits

**Arms**

Yes: Radial Pulse Normal, Capillary Refill Normal

**Legs**

Yes: Dorsalis Pedis Normal, Capillary Refill Normal

## ASSESSMENT:

Other

Restraint check due to inmate remaining in hard ambulatory restraints. Restraints move freely, do not compromise airway, breathing or circulation. No swelling or injuries noted at or distal to restraints in all four extremities. Vital signs taken, the inmate appears medically stable. Inmate does not show any signs of dehydration. Water is available in the cell. Bathroom provided in the cell. Airway patent, breathing normal, good pulses and capillary refill distal to the restraints in all 4 extremities. Skin is warm, dry, and has good color. No new injuries noted during exam.

## PLAN:

## Disposition:

Follow-up at Sick Call as Needed

## Other:

Patient allergies reviewed and updates applied during this visit if indicated. See Chart: Allergies for most recent patient allergy list.

## Patient Education Topics:

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 06/12/2021 | Not Done | | Wierema, C. | No Participation |

**Copay Required:** No          **Cosign Required:** Yes

**Telephone/Verbal Order:** No

Completed by Wierema, C. RN on 06/12/2021 11:00

Requested to be cosigned by Fateh Hyder, Syed (MAT) Regional Medical Director/NCRO.

Cosign documentation will be displayed on the following page.

# Bureau of Prisons
# Health Services
# Cosign/Review

| Inmate Name: | PERRY, OCEANUS | | | Reg #: | 65754-061 |
|---|---|---|---|---|---|
| Date of Birth: | 06/01/1977 | Sex: | M | Race: | BLACK |
| Encounter Date: | 06/12/2021 06:00 | Provider: | Wierema, C. RN | Facility: | TOM |

**Cosigned by Fateh Hyder, Syed (MAT) Regional Medical Director/NCRO on 06/14/2021 09:22.**

EXHIBIT (5)

# Bureau of Prisons
## Health Services
### Clinical Encounter

| | | |
|---|---|---|
| Inmate Name: PERRY, OCEANUS | | Reg #: 65754-061 |
| Date of Birth: 06/01/1977 | Sex: M   Race: BLACK | Facility: TOM |
| Encounter Date: 06/11/2021 22:09 | Provider: Simcox, J RN | Unit: F03 |

Nursing - Restraint Check encounter performed at Other.

**SUBJECTIVE:**

COMPLAINT  1      Provider: Simcox, J RN

Chief Complaint:   No Complaint(s)
Subjective:        Ambulatory Restraint Check
**Pain:**          Not Applicable

**OBJECTIVE:**

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 06/11/2021 | 22:10 TOM | 98.2 | 36.8 | Forehead | Simcox, J RN |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 06/11/2021 | 22:10 | 71 | Via Machine | | Simcox, J RN |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 06/11/2021 | 22:10 TOM | 16 | Simcox, J RN |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 06/11/2021 | 22:10 TOM | 107/70 | Right Arm | Lying | Adult-large | Simcox, J RN |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 06/11/2021 | 22:10 TOM | 98 | Room Air | Simcox, J RN |

**Exam:**

**General**
  **Affect**
    Yes: Cooperative
  **Appearance**
    Yes: Alert & Oriented to Person
**Pulmonary**
  **Observation/Inspection**
    Yes: Within Normal Limits
    No: Respiratory Distress
**Peripheral Vascular**
  **Arms**
    Yes: Radial Pulse Normal
  **Legs**
    Yes: Dorsalis Pedis Normal

| Inmate Name: | PERRY, OCEANUS | | | Reg #: | 65754-061 |
|---|---|---|---|---|---|
| Date of Birth: | 06/01/1977 | Sex: | M   Race:  BLACK | Facility: | TOM |
| Encounter Date: | 06/11/2021 22:09 | Provider: | Simcox, J RN | Unit: | F03 |

## ASSESSMENT:

No Significant Findings/No Apparent Distress

Restraint check in Fox Unit, Range 3, Cell 23 for inmate in hard ambulatory restraint. Restraint devices move freely, do not compromise airway, breathing or circulation. No swelling or injuries noted at or distal to restraints in the four extremities. Vital signs stable - inmate is without sign/s of medical distress. Inmate shows no sign of dehydration at this time. Inmate has access to water and toilet-inmate encouraged to hydrate. Airway is patent-inmate breaths normally. Peripheral pulses palpated - capillary refill distal to each restraint device on each of the four extremities noted to be adequate. Skin is warm, dry, with normal color. No injuries reported or observed during this exam.

## PLAN:

## Disposition:

Follow-up at Sick Call as Needed

## Other:

Patient allergies reviewed and updates applied during this visit if indicated. See Chart: Allergies for most recent patient allergy list.

## Patient Education Topics:

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 06/11/2021 | Counseling | Access to Care | Simcox, J | Needs Reinforcement |
| 06/11/2021 | Counseling | Plan of Care | Simcox, J | Needs Reinforcement |

**Copay Required:** No          **Cosign Required:** Yes

**Telephone/Verbal Order:** No

Completed by Simcox, J RN on 06/11/2021 22:13

Requested to be cosigned by Fateh Hyder, Syed (MAT) Regional Medical Director/NCRO.

Cosign documentation will be displayed on the following page.

## Bureau of Prisons
## Health Services
## Cosign/Review

| Inmate Name: | PERRY, OCEANUS | | | Reg #: | 65754-061 |
|---|---|---|---|---|---|
| Date of Birth: | 06/01/1977 | Sex: | M | Race: | BLACK |
| Encounter Date: | 06/11/2021 22:09 | Provider: | Simcox, J RN | Facility: | TOM |

**Cosigned by Fateh Hyder, Syed (MAT) Regional Medical Director/NCRO on 06/14/2021 09:22.**

**Bureau of Prisons**
**Health Services**
**Clinical Encounter**

| | | |
|---|---|---|
| Inmate Name: PERRY, OCEANUS | | Reg #: 65754-061 |
| Date of Birth: 06/01/1977 | Sex: M Race: BLACK | Facility: TOM |
| Encounter Date: 06/11/2021 16:24 | Provider: Simcox, J RN | Unit: F03 |

Injury Assessment - Non-work related encounter performed at Other.

**SUBJECTIVE:**

**INJURY  1      Provider:** Simcox, J RN

**Date of Injury:** 06/11/2021 16:10      **Date Reported for Treatment:** 06/11/2021 16:15

**Work Related:** No      **Work Assignment:** A&O COMPLT

**Pain Location:**

Pain Scale:      0

Pain Qualities:

**Where Did Injury Happen (Be specific as to location):**

Fox Unit, Range 3, Cell 23

**Cause of Injury (Inmate's Statement of how injury occurred):**

inmate does not specify

**Symptoms (as reported by inmate):**

"left eye wound re opened"

**OBJECTIVE:**

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 06/11/2021 | 15:05 TOM | 98.1 | 36.7 | Forehead | Simcox, J RN |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 06/11/2021 | 16:25 | 98 | Via Machine | | Simcox, J RN |
| 06/11/2021 | 15:05 | 107 | Via Machine | | Simcox, J RN |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 06/11/2021 | 16:25 TOM | 16 | Simcox, J RN |
| 06/11/2021 | 15:05 TOM | 16 | Simcox, J RN |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 06/11/2021 | 16:25 TOM | 121/80 | Right Arm | Lying | Adult-large | Simcox, J RN |
| 06/11/2021 | 15:05 TOM | 109/70 | Left Arm | Standing | Adult-large | Simcox, J RN |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 06/11/2021 | 16:25 TOM | 97 | Room Air | Simcox, J RN |
| 06/11/2021 | 15:05 TOM | 92 | Room Air | Simcox, J RN |

**Exam:**

**General**

| | | | |
|---|---|---|---|
| Inmate Name: PERRY, OCEANUS | | | Reg #: 65754-061 |
| Date of Birth: 06/01/1977 | Sex: M Race: BLACK | | Facility: TOM |
| Encounter Date: 06/11/2021 16:24 | Provider: Simcox, J RN | | Unit: F03 |

**Affect**

Yes: Cooperative

**Appearance**

Yes: Alert & Oriented to Person

**Pulmonary**

**Observation/Inspection**

Yes: Within Normal Limits

No: Respiratory Distress

**Peripheral Vascular**

**Arms**

Yes: Radial Pulse Normal

**Legs**

Yes: Dorsalis Pedis Normal

**ASSESSMENT:**

No Significant Findings/No Apparent Distress

Inmate seen following immediate use of force in which OC not utilized by Custody. Inmate initially visualized in rotunda then checked in Range 3, cell 23. Inmate made no specific complaints other than "left eye" wound which existed prior to earlier move-inmate concerned wound may be "re opened". The head chest upper and lower extremities are visualized and palpated-at which time inmate exhibits no guarding or sensitivity.

No swelling or injuries noted at or distal to restraints in the four extremities. Vital signs stable - inmate is without sign/s of medical distress. Inmate shows no sign of dehydration at this time. Inmate has access to water and toilet-to be encouraged to hydrate. Airway is patent-inmate breaths normally. Peripheral pulses palpated - capillary refill distal to each restraint device on each of the four extremities noted to be adequate. Skin is warm, dry, with normal color. No injuries observed during this exam.

**PLAN:**

**Disposition:**

Follow-up at Sick Call as Needed

Follow-up in 2-4 Hours

Injury level 1

**Other:**

Patient allergies reviewed and updates applied during this visit if indicated. See Chart: Allergies for most recent patient allergy list.

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 06/11/2021 | Counseling | Access to Care | Simcox, J | Needs Reinforcement |
| 06/11/2021 | Counseling | Plan of Care | Simcox, J | Needs Reinforcement |

**Copay Required:** No       **Cosign Required:** Yes

**Telephone/Verbal Order:** No

Completed by Simcox, J RN on 06/11/2021 16:38

Requested to be cosigned by Fateh Hyder, Syed (MAT) Regional Medical Director/NCRO.

| | | | | |
|---|---|---|---|---|
| Inmate Name: | PERRY, OCEANUS | | Reg #: | 65754-061 |
| Date of Birth: | 06/01/1977 | Sex: M Race: BLACK | Facility: | TOM |
| Encounter Date: | 06/11/2021 16:24 | Provider: Simcox, J RN | Unit: | F03 |

Cosign documentation will be displayed on the following page.

**Bureau of Prisons**
**Health Services**
**Cosign/Review**

| Inmate Name: | PERRY, OCEANUS | | | Reg #: | 65754-061 |
|---|---|---|---|---|---|
| Date of Birth: | 06/01/1977 | Sex: | M | Race: | BLACK |
| Encounter Date: | 06/11/2021 16:24 | Provider: | Simcox, J RN | Facility: | TOM |

**Cosigned by Fateh Hyder, Syed (MAT) Regional Medical Director/NCRO on 06/14/2021 09:21.**

**Bureau of Prisons**
**Health Services**
**Clinical Encounter**

| | | | |
|---|---|---|---|
| Inmate Name: PERRY, OCEANUS | | Reg #: | 65754-061 |
| Date of Birth: 06/01/1977 | Sex: M Race: BLACK | Facility: | TOM |
| Encounter Date: 06/11/2021 15:03 | Provider: Simcox, J RN | Unit: | F03 |

Injury Assessment - Non-work related encounter performed at Other.

**SUBJECTIVE:**

**INJURY 1** **Provider:** Simcox, J RN

**Date of Injury:** 06/11/2021 14:50 **Date Reported for Treatment:** 06/11/2021 15:03

**Work Related:** No **Work Assignment:** A&O COMPLT

**Pain Location:**

Pain Scale: 0

Pain Qualities:

**Where Did Injury Happen (Be specific as to location):**

Fox Unit, Range 3

**Cause of Injury (Inmate's Statement of how injury occurred):**

"my right wrist and left ankle"

**Symptoms (as reported by inmate):**

"ah"

**OBJECTIVE:**

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 06/11/2021 | 15:05 TOM | 98.1 | 36.7 | Forehead | Simcox, J RN |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 06/11/2021 | 15:05 | 107 | Via Machine | | Simcox, J RN |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 06/11/2021 | 15:05 TOM | 16 | Simcox, J RN |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 06/11/2021 | 15:05 TOM | 109/70 | Left Arm | Standing | Adult-large | Simcox, J RN |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 06/11/2021 | 15:05 TOM | 92 | Room Air | Simcox, J RN |

**Exam:**

**General**

**Affect**

Yes: Cooperative

**Appearance**

Yes: Alert & Oriented to Person

| Inmate Name: PERRY, OCEANUS | | Reg #: 65754-061 |
|---|---|---|
| Date of Birth: 06/01/1977 | Sex: M Race: BLACK | Facility: TOM |
| Encounter Date: 06/11/2021 15:03 | Provider: Simcox, J RN | Unit: F03 |

### Pulmonary

#### Observation/Inspection

Yes: Within Normal Limits

No: Respiratory Distress

### Peripheral Vascular

#### Arms

Yes: Radial Pulse Normal

#### Legs

Yes: Dorsalis Pedis Normal

## ASSESSMENT:

No Significant Findings/No Apparent Distress

Inmate is seen following immediate use force in which OC not utilized. Inmate was brought to floor during incident. Inmate expressing concerned about "right wrist and left ankle", "to tight...this is torture" Inmate observed on his feet in rotunda. The head, back, torso, upper and lower extremities are visualized with no visible injury noted. Inmate has a bandage over left eye lid and has an abrasion/skin tear to left lower back, both of which were present prior to this incident. The back, upper and lower extremities are palpated at which time inmate seems sensitive upon contact with left ankle area and right upper extremity. OC gas not utilized during procedure-therefore no need for OC decontamination. Inmate observed moving on his feet, without difficulty (via Custody procedure), from rotunda to Range 3, cell 23.

Restraint devices move freely, do not compromise airway, breathing or circulation. Vital signs stable - inmate is without sign/s of medical distress. Inmate shows no sign of dehydration at this time. Inmate to have access to water and toilet-to be encouraged to hydrate. Airway is patent-inmate breaths normally. Peripheral pulses palpated - capillary refill distal to each restraint device on each of the four extremities noted to be adequate. Skin is warm, dry, with normal color. No new injuries noted during this exam.

## PLAN:

## Disposition:

Follow-up at Sick Call as Needed

Follow-up in 2-4 Hours

Injury level 1

## Other:

Patient allergies reviewed and updates applied during this visit if indicated. See Chart: Allergies for most recent patient allergy list.

## Patient Education Topics:

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 06/11/2021 | Counseling | Access to Care | Simcox, J | Needs Reinforcement |
| 06/11/2021 | Counseling | Plan of Care | Simcox, J | Needs Reinforcement |

**Copay Required:** No          **Cosign Required:** Yes

**Telephone/Verbal Order:** No

Completed by Simcox, J RN on 06/11/2021 16:41

Requested to be cosigned by Fateh Hyder, Syed (MAT) Regional Medical Director/NCRO.

Cosign documentation will be displayed on the following page.

### Bureau of Prisons
### Health Services
### Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | PERRY, OCEANUS | | | Reg #: | 65754-061 |
| Date of Birth: | 06/01/1977 | Sex: | M | Race: | BLACK |
| Encounter Date: | 06/11/2021 15:03 | Provider: | Simcox, J RN | Facility: | TOM |

**Cosigned by Fateh Hyder, Syed (MAT) Regional Medical Director/NCRO on 06/14/2021 09:21.**

# Bureau of Prisons
# Health Services
# Clinical Encounter

*ATTACHMENT (D)*
*(FROM ORIGINAL COMPLAINT)*

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: PERRY, OCEANUS | | | | Reg #: | 65754-061 |
| Date of Birth: 06/01/1977 | | Sex: M Race: BLACK | | Facility: | TOM |
| Encounter Date: 05/29/2021 19:46 | | Provider: Simcox, J RN | | Unit: | F03 |

Nursing - Evaluation encounter performed at Other.

## SUBJECTIVE:

COMPLAINT 1    Provider: Simcox, J RN

Chief Complaint: Swelling
Subjective: Left arm swelling

**Pain:**    Yes

**Pain Assessment**

| | |
|---|---|
| Date: | 05/29/2021 19:46 |
| Location: | Forearm-Left |
| Quality of Pain: | Nagging |
| Pain Scale: | 5 |
| Intervention: | none |
| Trauma Date/Year: | |
| Injury: | |
| Mechanism: | |
| Onset: | 1-5 Hours |
| Duration: | 1-5 Hours |
| Exacerbating Factors: | restraint |
| Relieving Factors: | none specified |
| Reason Not Done: | |
| Comments: | |

## OBJECTIVE:

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 05/29/2021 | 07:10 | 90 | | | Garcia, V. RN |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 05/29/2021 | 07:10 TOM | 16 | Garcia, V. RN |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 05/29/2021 | 07:10 TOM | 139/73 | | | | Garcia, V. RN |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 05/29/2021 | 07:10 TOM | 99 | Room Air | Garcia, V. RN |

**Exam:**

**General**

**Affect**

| | | | | |
|---|---|---|---|---|
| Inmate Name: PERRY, OCEANUS | | | | Reg #: 65754-061 |
| Date of Birth: 06/01/1977 | | Sex: M Race: BLACK | | Facility: TOM |
| Encounter Date: 05/29/2021 19:46 | | Provider: Simcox, J RN | | Unit: F03 |

Yes: Cooperative

**Appearance**

Yes: Alert & Oriented to Person

**ASSESSMENT:**

Other

Inmate shows left lateral aspect of forearm 2-3 inches proximal to wrist with visible swelling. Inmate reports swelling occurred since being released from restraint earlier today. Inmate also displays circular area of torn skin on left lower back. Inmate inquires about an "x-ray" for forearm/wrist area.

Inmate recently in hard restraint via chair beginning yesterday 5/28/21 and ending this AM at or near 0700. Ice treatment provided to left wrist. Area with swelling lightly palpated -at which time inmate displays mild guarding and sensitivity. Hand grasp in left hand adequate. Capillary refill of all digits of left hand <3 seconds. Inmate given three day supply of ibuprofen as per standing protocol for acute injury. Area of swelling wrapped with coban. Inmate instructed to elevate left arm and F/U with medical if swelling and or discomfort persist. Principles of RICE reinforced with inmate. Inmate given packet of antibiotic ointment for treatment of torn skin on left lower back-instructed to keep area clean and dry, maintaining good hand hygiene prior to application.

**PLAN:**

**New Medication Orders:**

| Rx# | Medication | Order Date |
|---|---|---|
| | Ibuprofen Tablet | 05/29/2021 19:46 |

**Prescriber Order:** 600 mg Orally - three times a day x 3 day(s) -- take with food

Start Now: Yes

Night Stock Rx#: 26323-tom

Source: Night Stock

Admin Method: Self Administration

Stop Date: 06/01/2021 19:45

MAR Label: 600 mg Orally - three times a day x 3 day(s) -- take with food

One Time Dose Given: No

**Disposition:**

Follow-up at Sick Call as Needed

**Other:**

Patient allergies reviewed and updates applied during this visit if indicated. See Chart: Allergies for most recent patient allergy list.

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 05/29/2021 | Counseling | Access to Care | Simcox, J | Verbalizes Understanding |
| 05/29/2021 | Counseling | Plan of Care | Simcox, J | Verbalizes Understanding |

**Copay Required:** Yes      **Cosign Required:** Yes

**Telephone/Verbal Order:** Yes   **By:** Fateh Hyder, Syed (MAT) Regional Medical Director/NCRO

**Telephone or Verbal order read back and verified.**

| | | | |
|---|---|---|---|
| Inmate Name: PERRY, OCEANUS | | Reg #: | 65754-061 |
| Date of Birth: 06/01/1977 | Sex: M Race: BLACK | Facility: | TOM |
| Encounter Date: 05/29/2021 19:46 | Provider: Simcox, J RN | Unit: | F03 |

Completed by Simcox, J RN on 05/29/2021 20:08

Requested to be cosigned by Fateh Hyder, Syed (MAT) Regional Medical Director/NCRO.

Cosign documentation will be displayed on the following page.

# Bureau of Prisons
## Health Services
## Cosign/Review

| | | | | | | |
|---|---|---|---|---|---|---|
| Inmate Name: | PERRY, OCEANUS | | | Reg #: | 65754-061 | |
| Date of Birth: | 06/01/1977 | Sex: | M | Race: | BLACK | |
| Encounter Date: | 05/29/2021 19:46 | Provider: | Simcox, J RN | Facility: | TOM | |

**Cosigned by Fateh Hyder, Syed (MAT) Regional Medical Director/NCRO on 05/31/2021 11:21.**

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | | |
|---|---|---|---|
| Inmate Name: PERRY, OCEANUS | | | Reg #: 65754-061 |
| Date of Birth: 06/01/1977 | Sex: M Race: BLACK | | Facility: TOM |
| Encounter Date: 05/29/2021 07:10 | Provider: Garcia, V. RN | | Unit: F03 |

Nursing - Restraint Check encounter performed at Housing Unit.

**SUBJECTIVE:**

COMPLAINT 1    Provider:  Garcia, V. RN

Chief Complaint:  No Injury
Subjective:    Restraint/medical assessment. Inmate remained silent.
**Pain:**    No

**OBJECTIVE:**

**Pulse:**

| <u>Date</u> | <u>Time</u> | <u>Rate Per Minute</u> | <u>Location</u> | <u>Rhythm</u> | <u>Provider</u> |
|---|---|---|---|---|---|
| 05/29/2021 | 07:10 | 90 | | | Garcia, V. RN |

**Respirations:**

| <u>Date</u> | <u>Time</u> | <u>Rate Per Minute</u> | <u>Provider</u> |
|---|---|---|---|
| 05/29/2021 | 07:10 TOM | 16 | Garcia, V. RN |

**Blood Pressure:**

| <u>Date</u> | <u>Time</u> | <u>Value</u> | <u>Location</u> | <u>Position</u> | <u>Cuff Size</u> | <u>Provider</u> |
|---|---|---|---|---|---|---|
| 05/29/2021 | 07:10 TOM | 139/73 | | | | Garcia, V. RN |

**SaO2:**

| <u>Date</u> | <u>Time</u> | <u>Value(%)</u> | Air | <u>Provider</u> |
|---|---|---|---|---|
| 05/29/2021 | 07:10 TOM | 99 | Room Air | Garcia, V. RN |

**Exam:**

**General**
   **Affect**
      Yes: Cooperative
   **Appearance**
      Yes: Appears Well, Alert and Oriented x 3
**Pulmonary**
   **Observation/Inspection**
      Yes: Within Normal Limits
**Peripheral Vascular**
   **General**
      Yes: Within Normal Limits
   **Arms**
      Yes: Radial Pulse Normal, Capillary Refill Normal
   **Legs**
      Yes: Dorsalis Pedis Normal, Capillary Refill Normal

**ASSESSMENT:**

Other

| Inmate Name: | PERRY, OCEANUS | | | Reg #: | 65754-061 |
|---|---|---|---|---|---|
| Date of Birth: | 06/01/1977 | Sex: | M   Race:  BLACK | Facility: | TOM |
| Encounter Date: | 05/29/2021 07:10 | Provider: | Garcia, V. RN | Unit: | F03 |

Inmate currently in the pro-straint chair at this time. Restraint and medical check completed. Hard restraints do not compromise airway, breathing or circulation. No swelling or injuries noted at or distal to restraints in all 4 extremities. Vital signs within normal limits and the inmate appears medically stable. Inmate does not show any signs of dehydration. Inmate offered water and toilet per Custody. Food offered during mealtimes per Custody. Airway patent, breathing normal, good pulses and capillary refill distal to the restraints in all 4 extremities. Skin is warm, dry, and has good color. No injuries reported or noted during restraint check assessment.

Restraint/medical checks to continue at this time.

**PLAN:**

**Disposition:**

Follow-up at Sick Call as Needed
Follow-up in 2-4 Hours

**Other:**

Patient allergies reviewed and updates applied during this visit if indicated. See Chart: Allergies for most recent patient allergy list.

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 05/29/2021 | Counseling | Access to Care | Garcia, V. | Verbalizes Understanding |

**Copay Required:** No          **Cosign Required:** Yes
**Telephone/Verbal Order:** No

Completed by Garcia, V. RN on 05/29/2021 07:26

Requested to be cosigned by Fateh Hyder, Syed (MAT) Regional Medical Director/NCRO.

Cosign documentation will be displayed on the following page.

**Bureau of Prisons**
**Health Services**
**Cosign/Review**

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | PERRY, OCEANUS | | | Reg #: | 65754-061 |
| Date of Birth: | 06/01/1977 | Sex: | M | Race: | BLACK |
| Encounter Date: | 05/29/2021 07:10 | Provider: | Garcia, V. RN | Facility: | TOM |

**Cosigned by Fateh Hyder, Syed (MAT) Regional Medical Director/NCRO on 05/31/2021 11:19.**

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | | |
|---|---|---|---|
| Inmate Name: PERRY, OCEANUS | | | Reg #: 65754-061 |
| Date of Birth: 06/01/1977 | Sex: M Race: BLACK | | Facility: TOM |
| Encounter Date: 05/29/2021 06:59 | Provider: Garcia, V. RN | | Unit: F03 |

Nursing - Restraint Check encounter performed at Housing Unit.

**SUBJECTIVE:**

COMPLAINT 1 Provider: Garcia, V. RN

Chief Complaint: No Injury
Subjective: None stated.
Pain: No

**OBJECTIVE:**
**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 05/29/2021 | 06:59 TOM | Unavailable | 0.0 | | Garcia, V. RN |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 05/29/2021 | 06:59 | Unavailable | | | Garcia, V. RN |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 05/29/2021 | 06:59 TOM | Unavailable | Garcia, V. RN |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 05/29/2021 | 06:59 TOM | Unavailabl | | | | Garcia, V. RN |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 05/29/2021 | 06:59 TOM | Unavailabl | | Garcia, V. RN |

**Exam:**

**General**
**Appearance**
Yes: Appears Well, Alert and Oriented x 3

**Pulmonary**
**Observation/Inspection**
Yes: Within Normal Limits

**ASSESSMENT:**

Other

Due to institutional needs, inmate was visualized through the cell door window at this time. Inmate in a seated restraint chair facing the cell door window. Inmate awake with eyes open, breathing is relaxed with even chest rise and fall movement. Hands/feet appear within normal limits for color. Inmate appears to be seated comfortably and in a resting state. Inmate did not state anything when he observed me looking at him through the cell door window; no complaints at this time.

Restraint/medical check to occur shortly.

| Inmate Name: PERRY, OCEANUS | | | Reg #: 65754-061 |
| Date of Birth: 06/01/1977 | Sex: M Race: BLACK | | Facility: TOM |
| Encounter Date: 05/29/2021 06:59 | Provider: Garcia, V. RN | | Unit: F03 |

**PLAN:**

**Other:**

Patient allergies reviewed and updates applied during this visit if indicated. See Chart: Allergies for most recent patient allergy list.

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 05/29/2021 | Counseling | Access to Care | Garcia, V. | Attentive |

**Copay Required:** No        **Cosign Required:** No

**Telephone/Verbal Order:** No

Completed by Garcia, V. RN on 05/29/2021 07:20



ATTACHMENT (E)
(FROM ORIGINAL COMPLAINT)

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | | | |
|---|---|---|---|---|
| Inmate Name: PERRY, OCEANUS | | | | Reg #: 65754-061 |
| Date of Birth: 06/01/1977 | | Sex: M Race: BLACK | | Facility: TOM |
| Encounter Date: 05/28/2021 22:07 | | Provider: Simcox, J RN | | Unit: F03 |

Nursing - Restraint Check encounter performed at Other.

**SUBJECTIVE:**

COMPLAINT 1 Provider: Simcox, J RN

Chief Complaint: No Complaint(s)
Subjective: Restraint Check
Pain: Not Applicable

**OBJECTIVE:**

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 05/28/2021 | 22:08 TOM | 98.5 | 36.9 | Forehead | Simcox, J RN |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 05/28/2021 | 22:08 | 85 | | | Simcox, J RN |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 05/28/2021 | 22:08 TOM | 16 | Simcox, J RN |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 05/28/2021 | 22:08 TOM | 116/69 | Right Arm | Sitting | Adult-large | Simcox, J RN |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 05/28/2021 | 22:08 TOM | 100 | Room Air | Simcox, J RN |

**Exam:**

**General**
  **Affect**
    Yes: Cooperative, Irritable
  **Appearance**
    Yes: Alert & Oriented to Person
**Pulmonary**
  **Observation/Inspection**
    Yes: Within Normal Limits
    No: Respiratory Distress
**Peripheral Vascular**
  **Arms**
    Yes: Radial Pulse Normal
  **Legs**
    Yes: Dorsalis Pedis Normal

| Inmate Name: | PERRY, OCEANUS | | | Reg #: | 65754-061 |
| Date of Birth: | 06/01/1977 | Sex: M Race: BLACK | Facility: | TOM |
| Encounter Date: | 05/28/2021 22:07 | Provider: Simcox, J RN | Unit: | F03 |

**ASSESSMENT:**

No Significant Findings/No Apparent Distress

Restraint check in Fox Unit, Range 3, Cell 22 for inmate with hard restraints via restraint chair. No swelling or injuries noted at or distal to restraints in the four extremities. Vital signs stable - inmate is without sign/s of medical distress. Inmate shows no sign of dehydration at this time. Water and toileting offered as per Custody. Airway is patent-inmate breaths normally. Peripheral pulses palpated - capillary refill distal to each restraint device on each of the four extremities less than three seconds. Skin is warm, dry, with normal color. No injuries reported or observed during this exam. Importance of moving upper and lower digits while in restraint reinforced with inmate. Inmate declined offer of H2O during this exam.

**PLAN:**

**Disposition:**

Follow-up at Sick Call as Needed
Follow-up in 4-8 Hours

**Other:**

Patient allergies reviewed and updates applied during this visit if indicated. See Chart: Allergies for most recent patient allergy list.

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
| --- | --- | --- | --- | --- |
| 05/28/2021 | Counseling | Access to Care | Simcox, J | Needs Reinforcement |
| 05/28/2021 | Counseling | Plan of Care | Simcox, J | Needs Reinforcement |

**Copay Required:** No     **Cosign Required:** Yes

**Telephone/Verbal Order:** No

Completed by Simcox, J RN on 05/28/2021 22:14

Requested to be cosigned by Fateh Hyder, Syed (MAT) Regional Medical Director/NCRO.

Cosign documentation will be displayed on the following page.

**Bureau of Prisons**
**Health Services**
**Cosign/Review**

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | PERRY, OCEANUS | | | Reg #: | 65754-061 |
| Date of Birth: | 06/01/1977 | Sex: | M | Race: | BLACK |
| Encounter Date: | 05/28/2021 22:07 | Provider: | Simcox, J RN | Facility: | TOM |

**Cosigned by Fateh Hyder, Syed (MAT) Regional Medical Director/NCRO on 05/31/2021 11:19.**

**Bureau of Prisons**
**Health Services**
**Clinical Encounter**

| | | | | |
|---|---|---|---|---|
| Inmate Name: | PERRY, OCEANUS | | Reg #: | 65754-061 |
| Date of Birth: | 06/01/1977 | Sex: M Race: BLACK | Facility: | TOM |
| Encounter Date: | 05/28/2021 21:04 | Provider: Simcox, J RN | Unit: | F03 |

Nursing - Restraint Check encounter performed at Other.

**SUBJECTIVE:**

COMPLAINT 1     Provider: Simcox, J RN

Chief Complaint:   No Complaint(s)
Subjective:     Restraint Check
Pain:       Not Applicable

**OBJECTIVE:**
**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 05/28/2021 | 21:00 TOM | 98.3 | 36.8 | Forehead | Simcox, J RN |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 05/28/2021 | 21:00 | 91 | Via Machine | | Simcox, J RN |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 05/28/2021 | 21:00 TOM | 16 | Simcox, J RN |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 05/28/2021 | 21:00 TOM | 149/87 | Right Arm | Sitting | Adult-large | Simcox, J RN |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 05/28/2021 | 21:00 TOM | 100 | Room Air | Simcox, J RN |

**Exam:**

**General**
    **Affect**
        Yes: Cooperative, Irritable
    **Appearance**
        Yes: Alert & Oriented to Person
**Pulmonary**
    **Observation/Inspection**
        Yes: Within Normal Limits
        No: Respiratory Distress
**Peripheral Vascular**
    **Arms**
        Yes: Radial Pulse Normal
    **Legs**
        Yes: Dorsalis Pedis Normal

| Inmate Name: | PERRY, OCEANUS | | | Reg #: | 65754-061 |
|---|---|---|---|---|---|
| Date of Birth: | 06/01/1977 | Sex: | M  Race:  BLACK | Facility: | TOM |
| Encounter Date: | 05/28/2021 21:04 | Provider: | Simcox, J RN | Unit: | F03 |

## ASSESSMENT:

No Significant Findings/No Apparent Distress

Restraint check in Fox Unit, Range 3, Cell 22 for inmate with hard restraints via restraint chair. No swelling or injuries noted at or distal to restraints in the four extremities. Vital signs stable - inmate is without sign/s of medical distress. Inmate shows no sign of dehydration at this time. Water and toileting to be offered per Custody. Airway is patent-inmate breaths normally. Peripheral pulses palpated - capillary refill distal to each restraint device on each of the four extremities less than three seconds. Skin is warm, dry, with normal color. Inmate declined offer of H2O during exam. No injuries reported or observed.

## PLAN:

## Disposition:

Follow-up at Sick Call as Needed
Follow-up in 2-4 Hours

## Other:

Patient allergies reviewed and updates applied during this visit if indicated. See Chart: Allergies for most recent patient allergy list.

## Patient Education Topics:

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 05/28/2021 | Counseling | Access to Care | Simcox, J | Needs Reinforcement |
| 05/28/2021 | Counseling | Plan of Care | Simcox, J | Needs Reinforcement |

**Copay Required:** No        **Cosign Required:** Yes

**Telephone/Verbal Order:** No

Completed by Simcox, J RN on 05/28/2021 21:11

Requested to be cosigned by Fateh Hyder, Syed (MAT) Regional Medical Director/NCRO.

Cosign documentation will be displayed on the following page.

# Bureau of Prisons
## Health Services
## Cosign/Review

| | | | | | | |
|---|---|---|---|---|---|---|
| Inmate Name: | PERRY, OCEANUS | | | Reg #: | 65754-061 | |
| Date of Birth: | 06/01/1977 | Sex: | M | Race: | BLACK | |
| Encounter Date: | 05/28/2021 21:04 | Provider: | Simcox, J RN | Facility: | TOM | |

**Cosigned by Fateh Hyder, Syed (MAT) Regional Medical Director/NCRO on 05/31/2021 11:19.**

# Bureau of Prisons
## Health Services
### Clinical Encounter

| | | |
|---|---|---|
| Inmate Name: PERRY, OCEANUS | | Reg #: 65754-061 |
| Date of Birth: 06/01/1977 | Sex: M Race: BLACK | Facility: TOM |
| Encounter Date: 05/28/2021 16:58 | Provider: Simcox, J RN | Unit: F03 |

Injury Assessment - Non-work related encounter performed at Other.

**SUBJECTIVE:**

**INJURY 1      Provider:** Simcox, J RN

**Date of Injury:** 05/28/2021 16:45          **Date Reported for Treatment:**      05/28/2021 16:58

**Work Related:** No          **Work Assignment:**    A&O COMPLT

**Pain Location:**

**Pain Scale:**      0

**Pain Qualities:**

**Where Did Injury Happen (Be specific as to location):**

    Fox Unit, Range 3, Cell 33

**Cause of Injury (Inmate's Statement of how injury occurred):**

    "my head, and my back" "I have no circulation"

**Symptoms (as reported by inmate):**

    "hurt"

**OBJECTIVE:**
**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 05/28/2021 | 17:00 TOM | 98.6 | 37.0 | Forehead | Simcox, J RN |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 05/28/2021 | 17:00 | 117 | Via Machine | | Simcox, J RN |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 05/28/2021 | 17:00 TOM | 16 | Simcox, J RN |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 05/28/2021 | 17:00 TOM | 121/75 | Left Arm | Standing | Adult-large | Simcox, J RN |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 05/28/2021 | 17:00 TOM | 100 | Room Air | Simcox, J RN |

**Exam:**

**General**

**Affect**

Yes: Irritable, Agitated

**Appearance**

Yes: Alert & Oriented to Person

| | | | |
|---|---|---|---|
| Inmate Name: PERRY, OCEANUS | | | Reg #: 65754-061 |
| Date of Birth: 06/01/1977 | Sex: M Race: BLACK | | Facility: TOM |
| Encounter Date: 05/28/2021 16:58 | Provider: Simcox, J RN | | Unit: F03 |

**Pulmonary**

  **Observation/Inspection**

    Yes: Within Normal Limits

    No: Respiratory Distress

**Peripheral Vascular**

  **Arms**

    Yes: Radial Pulse Normal

  **Legs**

    Yes: Dorsalis Pedis Normal

## ASSESSMENT:

No Significant Findings/No Apparent Distress

Inmate seen for initial restraint check and injury assessment following calculated use of force in which OC and impact munitions not utilized. Inmate observed moving on his feet without difficulty, via Custody procedure, from Cell 33 to Rotunda. There are no visible injuries noted during this initial exam.

Inmate in hard restraints via restraint chair. No swelling or injuries noted at or distal to restraints in the four extremities. Vital signs stable - inmate is without sign/s of medical distress. Inmate shows no sign of dehydration at this time. Water and toileting to be offered per Custody. Airway is patent-inmate breaths normally. Peripheral pulses palpated - capillary refill distal to each restraint device on each of the four extremities less than three seconds. Skin is warm, dry, with normal color.

## PLAN:

## Disposition:

Follow-up at Sick Call as Needed

Follow-up in 2-4 Hours

Injury level 1

## Other:

Patient allergies reviewed and updates applied during this visit if indicated. See Chart: Allergies for most recent patient allergy list.

## Patient Education Topics:

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 05/28/2021 | Counseling | Access to Care | Simcox, J | Needs Reinforcement |

**Copay Required:** No          **Cosign Required:** Yes

**Telephone/Verbal Order:** No

Completed by Simcox, J RN on 05/28/2021 17:10

Requested to be cosigned by Fateh Hyder, Syed (MAT) Regional Medical Director/NCRO.

Cosign documentation will be displayed on the following page.

# Bureau of Prisons
# Health Services
# Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | PERRY, OCEANUS | | | Reg #: | 65754-061 |
| Date of Birth: | 06/01/1977 | Sex: | M | Race: | BLACK |
| Encounter Date: | 05/28/2021 16:58 | Provider: | Simcox, J RN | Facility: | TOM |

**Cosigned by Fateh Hyder, Syed (MAT) Regional Medical Director/NCRO on 05/31/2021 11:19.**



ATTACHMENT (F)
(FROM ORIGINAL COMPLAINT)

# Bureau of Prisons
# Health Services
# Clinical Encounter

| Inmate Name: PERRY, OCEANUS | | Reg #: 65754-061 |
|---|---|---|
| Date of Birth: 06/01/1977 | Sex: M Race: BLACK | Facility: TOM |
| Encounter Date: 05/22/2021 12:36 | Provider: Bergmann, M RN | Unit: F02 |

Injury Assessment - Non-work related encounter performed at Housing Unit.

**SUBJECTIVE:**

**INJURY 1** **Provider:** Bergmann, M RN

**Date of Injury:** 05/22/2021 12:00 **Date Reported for Treatment:** 05/22/2021 12:22

**Work Related:** No **Work Assignment:** A&O COMPLT

**Pain Location:**

Pain Scale: 0

Pain Qualities:

**Where Did Injury Happen (Be specific as to location):**

F02-032

**Cause of Injury (Inmate's Statement of how injury occurred):**

No statement made

**Symptoms (as reported by inmate):**

Inmate made various complaints about his eye, his vision, his back, and his ability to breathe.

**OBJECTIVE:**

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 05/22/2021 | 12:22 | 117 | | | Bergmann, M RN |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 05/22/2021 | 12:22 TOM | 22 | Bergmann, M RN |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 05/22/2021 | 12:22 TOM | 123/60 | | | | Bergmann, M RN |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 05/22/2021 | 12:22 TOM | 96 | Room Air | Bergmann, M RN |

**Exam:**

**General**

**Affect**

Yes: Irritable

**Skin**

**General**

Yes: Within Normal Limits, Warmth

**Head**

**General**

Yes: Symmetry of Motor Function

| Inmate Name: PERRY, OCEANUS | | | Reg #: 65754-061 |
|---|---|---|---|
| Date of Birth: 06/01/1977 | Sex: M Race: BLACK | | Facility: TOM |
| Encounter Date: 05/22/2021 12:36 | Provider: Bergmann, M RN | | Unit: F02 |

**Eyes**

  **Eyebrows**

    Yes: Laceration(s) L

**Ears**

  **External Ear**

    Yes: Within Normal Limits

**Nose**

  **General**

    Yes: Nares Patent

**Face**

  **General**

    Yes: Symmetric

**Lips**

  **General**

    Yes: Within Normal Limits

**Neck**

  **General**

    Yes: Within Normal Limits

**Pulmonary**

  **Observation/Inspection**

    Yes: Within Normal Limits

  **Auscultation**

    Yes: Clear to Auscultation

**Cardiovascular**

  **Observation**

    Yes: Within Normal Limits

**Peripheral Vascular**

  **Arms**

    Yes: Capillary Refill Normal

**Abdomen**

  **Inspection**

    Yes: Within Normal Limits

**ASSESSMENT:**

Cut(s) and/or Abrasion(s)

Inmate was medically assessed in Fox medical following an immediate use of force in which OC and munitions were used. Inmate was adequately decontaminated in the medical room. Vital signs are stable. No circulatory compromise was noted. Inmate will not be kept in prolonged restraints. Skin color appeared normal to self and skin temperature was warm. No respiratory compromise was noted. Inmate had made a statement that he needed his inhaler because he has asthma and "can't breathe". However, his respiratory assessment was all WNL. Oxygen level was WNL and lung sounds auscultated clear bilaterally. His speech was clear and coherent. Inmate had 3 injuries to note. First, he had a laceration just above his left eyebrow which was approximately 2cm long. It was cleansed with saline and was taped shut using steri-strips. Second, he had an abrasion on his lower left back which was cleansed with saline and covered with gauze. Third, he had an abrasion on the palm o his right hand which was cleansed with saline and covered with gauze. Inmate appears to be medically stable at this time.

| Inmate Name: | PERRY, OCEANUS | | | Reg #: | 65754-061 |
|---|---|---|---|---|---|
| Date of Birth: | 06/01/1977 | Sex: | M Race: BLACK | Facility: | TOM |
| Encounter Date: | 05/22/2021 12:36 | Provider: | Bergmann, M RN | Unit: | F02 |

## PLAN:

**Disposition:**

Follow-up at Sick Call as Needed
Injury level 2

**Other:**

Patient allergies reviewed and updates applied during this visit if indicated. See Chart: Allergies for most recent patient allergy list.

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 05/22/2021 | Not Done | | Bergmann, M | No Participation |

**Copay Required:** No    **Cosign Required:** Yes
**Telephone/Verbal Order:** No

Completed by Bergmann, M RN on 05/22/2021 13:08

Requested to be cosigned by Fateh Hyder, Syed (MAT) Regional Medical Director/NCRO.

Cosign documentation will be displayed on the following page.

**Bureau of Prisons**
**Health Services**
**Cosign/Review**

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | PERRY, OCEANUS | | | Reg #: | 65754-061 |
| Date of Birth: | 06/01/1977 | Sex: | M | Race: | BLACK |
| Encounter Date: | 05/22/2021 12:36 | Provider: | Bergmann, M RN | Facility: | TOM |

**Cosigned by Fateh Hyder, Syed (MAT) Regional Medical Director/NCRO on 05/24/2021 09:32.**