Oceanus Perry (#65754-061)
A.U.S.P. Thomson
Box 1002 - Thomson, IL 61285

CERTIFIED MAIL #7021 0050 0000-5580 5375

**FILED**
JUL 22 2022
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

Oceanus Perry, Plaintiff,

v.

WARDEN GONZALES, et al.
Defendants.

CIVIL No. 21-50246
Judge Ian D. Johnston

MOTION FOR JUDGMENT UNDER F.R.Cv.P. 12(a)(1)(A)(i).

COMES NOW, Oceanus Perry, Plaintiff, pro se, presenting This Court his "Motion For Judgment Under Federal Rules Of Civil Procedure (Rule 12(a)(1)(A)(i)". This pro se motion is to be liberally construed per procedent in Supreme Court case of Haines v. Kerner, 145 U.S. 158 ('72).

FOR CAUSE, as per Court order, "Defendants (except for C. Bungard, Bergman, B. Taylor, and J.E. Kerruger) have waived service and their responsive pleading is 30 days overdue...". (See docket entry #62). This Court decided to extend the time limit for Defendant's responsive pleading until July 10, 2022 despite F.R.Cv.P. (Rule 12(a)(1)(A)(i)) 21 day limitation. Most importantly, said Defendants still have failed to comply with Court's order to respond. (Defendants acquiesce to claims).

According to F.R.Cv.P. (Rule 55), defendants have 14 days to show why default judgment should not be entered against defendants. However, as above, Defendants were already "30 days overdue" at the time of This Court's June 1, 2022 ORDER extending time limitation an additional 39 days. Yet Defendants ignored court's grace. To be equitable, Plaintiff herein reasonably moves for default judgment against Defendants.

Respectfully,

(s) Oceanus Perry (pro se)    (cc: 7th Cir., C.O.A.)    DATE: July 18, 2022 A.D.