[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Certified Mail #7015 1730 0000 7879 6524

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

Oceanus Perry
(Reg. No. 65754-061)

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

NURSE V. GARCIA ; NURSE C. HORST ;
NURSE C. WIMERA ; NURSE D.
SWEENY ; NURSE A. SIMCOX ; NURSE
BERGMAN ; NURSE K. MILLER ;
NURSE C. BUNGARD ; E.M.T.-LETCHER ;
E.M.T./OFFICER-TROUTMAN ; NURSE/
A.H.SA.-B.TAYLOR ; H.S.A.-T. MOTSANT ;
WARDEN- A. CIOLLI, JR. ; WARDEN-
GONZALES ; N. CENTRAL REGIONAL
DIRECTOR- D. KREUGER ; LIEUTENANT-
K. DUGDALE ; OFFICER- N. SIZZLER ;
UNKNOWN CORRECTIONS STAFF

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

Case No: 21-CV-50246
(To be supplied by the Clerk of this Court)

**CHECK ONE ONLY:**

✓ **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
**U.S. Code** (state, county, or municipal defendants)

_____ **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE**
**28 SECTION 1331 U.S. Code** (federal defendants)

_____ **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR*
*FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

NOTE : "RULE 12(b)(6) TESTS IF A COMPLAINT STATES A CLAIM FOR RELIEF" (MERE
PRESENCE OF AN AFFIRMATIVE DEFENSE DOES NOT RENDER A CLAIM INVALID).
SEE BROWNMARK FILMS, LLC v. COMEDY PARTNERS, 682 F.3d 687 (7th Cir. 2012).

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

RECEIVED

JUL 2 4 2023

THOMAS G BRUTON
CLERK, U.S DISTRICT COURT

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

I.      **Plaintiff(s):**

A.      Name: OCEANUS PERRY

B.      List all aliases: INMATE (OCEANUS PERRY, #65754-061)

C.      Prisoner identification number: 65754-061

D.      Place of present confinement: U.S. PENITENTIARY - COLEMAN 1

E.      Address: P.O. BOX 1033/COLEMAN, FLORIDA 33521

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II.     **Defendant(s):**
(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

A.      Defendant: VANESSA GARCIA

Title: NURSE

Place of Employment: BUREAU OF PRISONS (FORMERLY THOMSON-SMU)

B.      Defendant: C. HORST

Title: NURSE

Place of Employment: U.S. PEN. - THOMSON (ILLINOIS)

C.      Defendant: C. WIEMERA

Title: NURSE

Place of Employment: U.S. PEN. - THOMSON (ILLINOIS)

(If you have more than three defendants, then all additional defendants must be listed, according to the above format on a separate sheet of paper.)

2                                                                        Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

II. Defendant(s), continued:

D. Defendant: D. SWEENEY
   Title: NURSE
   Place of Employment: U.S. PEN. - THOMSON (ILLINOIS)

E. Defendant: A. SIMCOX
   Title: NURSE
   Place of Employment: U.S. PEN. - THOMSON (ILLINOIS)

F. Defendant: BERGMAN
   Title: NURSE
   Place of Employment: FORMERLY, U.S. PEN. - THOMSON

G. Defendant: K. MILLER
   Title: NURSE
   Place of Employment: U.S. PEN. - THOMSON (ILLINOIS)

H. Defendant: C. BUNGARD
   Title: NURSE
   Place of Employment: U.S. PEN. - THOMSON (ILLINOIS)

I. Defendant: LETCHER
   Title: E.M.T.
   Place of Employment: U.S. PEN. - THOMSON (ILLINOIS)

(2-A)
cont.

II. Defendant(s), continued:

J. Defendant: TROUTMAN
Title: E.M.T. /Officer
Place of Employment: U.S. PEN. - THOMSON (ILLINOIS)

K. Defendant: B. Taylor
Title: NURSE/A.H.S.A.
Place of Employment: U.S. PEN. - THOMSON (ILLINOIS)

L. Defendant: T. MOISANT
Title: H.S.A.
Place of Employment: U.S. PEN - THOMSON (ILLINOIS)

M. Defendant: A. CIOLLI, JR.
Title: WARDEN
Place of Employment: FORMERLY, U.S. PEN - THOMSON

N. Defendant: GONZALES
Title: WARDEN
Place of Employment: FORMERLY, U.S. PEN. - THOMSON

O. Defendant: D. KREUGER
Title: REGIONAL DIRECTOR
Place of Employment: FORMERLY, N. CENTRAL REGIONAL OFFICE (K. CITY KANSAS)

(2-B)
cont.

II. Defendant(s) continued:

P. Defendant: K. Dugdale
Title: LIEUTENANT (CORRECTIONS)
Place of Employment: FORMERLY, N. CENTRAL REGIONAL OFFICE (KANSAS) U.S. PEN-THOMSON (H. CITY)

Q. Defendant: N. SIZZLER
Title: OFFICER (CORRECTIONS)
Place of Employment: FORMERLY, U.S. PEN. - THOMSON

R. Defendant:
Title:
Place of Employment:

S. Defendant:
Title:
Place of Employment:

(2-G)
cont.

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

III. **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: Oceanus Perry v. Leroy Chaney 6:14-CV-00168-DCR

B. Approximate date of filing lawsuit: JULY , 2014

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: OCEANUS PERRY (#65754-061)

D. List all defendants: LT. (LEROY CHANNEY); LT. (DAVID ALTIZER); NURSE SUMNER, et al.

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): U.S. DISTRICT COURT, EASTERN DISTRICT OF KENTUCKY (AT PIKEVILLE)

F. Name of judge to whom case was assigned: DANN C. REEVES

G. Basic claim made: EXCESSIVE USE OF FORCE; DELIBERATE INDIFFERENCE TO SERIOUS MEDICAL NEEDS

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): DEFENDANTS GRANTED SUMMARY JUDGMENT

I. Approximate date of disposition: 2016

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

IV.    **Statement of Claim:**

State here as briefly as possible the facts of your case.  Describe how each defendant is involved, including names, dates, and places.  **Do not give any legal arguments or cite any cases or statutes.**  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  (Use as much space as you need.  Attach extra sheets if necessary.)

CLAIM 1: FAILURE TO PROTECT, EXCESSIVE USE OF FORCE, DELIBERATE INDIFFERENCE TO SERIOUS MEDICAL NEEDS, VIOLATION OF AMERICANS WITH DISABILITIES ACT, ORDERING STAFF TO ASSAULT INMATE (O. PERRY).

FACTS: On May 22nd of 2021, around 12 PM, I was assaulted by my cellmate. Said assault was unprovoked and occured in #232 cell in F-2 unit. Officer (N. Sizzler) was assigned to F-2 unit on 5/22/2021 and activated the duress call on her radio while at my assigned cell (#232) and then ordered my cellmate to come to the food-slot/wicket of the cell door to be handcuffed and he complied. Next, I approached the wicket and Officer (N. Sizzler) used malice when deciding to spray me with Mace/O.C. unjustifiably. I asked N. Sizzler why was she using Mace on me because I have asthma? Then, I turned, with my back facing the wicket, in order to place my hands through the wicket to be handcuffed, when I heard an unknown staff member state to N. Sizzler

4                                                                  Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

"Move out of the way!" At that statement, I turned only my head towards the cell door and I witnessed a male officer throw a "use of force"/cell extraction munitions/gernade directly onto the left-side of my lower back which caused a crater/hole in my back when the munitions exploded. The lever/handle caused a cut over my left eye. I screamed while placing my hands through the wicket at which time an unknown officer grabbed my wrists and pulled my arms through the wicket until my elbow was exposed & began using his strength and bodyweight in order to pull my arms up and down in an attempt to break my left arm while also causing me severe pain, cuts, bruising, and damage to the join-function and stability of my left elbow and arm. Unknown staff held the handcuffs on my wrists tightly and used the handcuffs to place pressure on my arms as the door opened. I did not resist staff, curse or threaten staff, at any point when I came into contact with staff. Next, I was forced to bend over at the waist and made to walk backwards and down the stairs to shower stall "C" in F-2 unit all while I was bleeding, on the floor, from my left eye, lower back and ~~left~~ right hand. Once at shower-stall "C", an unknown staff member removed my pants which left me only in my

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

boxer shorts. I asked "why did staff mace me, throw a bomb on me and then try to break my arm for no reason?" The unknown staff member replied "Shut up! We are going to take you for medical assessment for your fight and if you start bitching and complaining, we are going to really fuck you up!" Several minutes later, I was escorted to F-Unit's medical assessment room located near the entrance of F-Unit. I was escorted by Lt. K. Dugdale and two unknown officers to F-Unit's medical room. I notified Lt. (K. Dugdale) that I was having trouble seeing due to being maced and also the bleeding from the cut over my left eye. Lt. (K. Dugdale) replied "Shut up! You brought this on yourself". I asked K. Dugdale what did he mean by his statement to which he replied "You have a big mouth" and insinuated that I deserved what happened to me because I reported staff misconduct. Next, Nurse Bergman began the medical assessment at which time I requested Nurse Bergman use sutures/stiches to close the approximate three inch cut over my left eye and the hole in my lower back. Nurse Bergman observed my back before asking what caused the wound in my back? I replied that somehow staff was walking around F-Unit with a cell extraction gernade in his pants pocket, threw the munitions on my back for no reason, and then attempted to break my arm. I also notified Nurse Bergman that I had two wounds to my right palm that I noticed & I requested a tetnis shot to prevent infection. Lt. K. Dugdale ordered the two officers who escorted me to the medical room &

(5-A)
cont.

whom were now holding my arms while I was handcuffed to "Shut him up!". At which time, both officers began to strike me in the torso and to twist my arms which continued until I began to scream for help. Then, I requested that Nurse Bergman to report staff assaulting me without cause and also to assess me for injuries because my arms, ribs, stomach, and back were hurting. The nurse ignored my requests. Nurse Bergman placed gauze over the cut above my left eye and also on the hole in my lower back. Finally, the nurse wrapped a bandage over my right palm. None of which closed my wounds or stopped the bleeding. As I was being escorted from the medical room, I stated to Lt. K. Dugdale that I was going to report him and the officers whom assaulted me on Dugdale's order. K. Dugdale replied "that is what got you in this mess in the first place." I was then returned to shower stall "C" in F-2 unit where I was made to wait until around 4:30 PM to be escorted back to cell #232 in F-2 unit.

The next day, 5/23/2021, around 10:20 AM, Lt. (Stapelton) delivered to me incident report #3506822 which was a fraudulent report written by Officer N. Sizzler which alleged "fighting" and also failed to include the use of Mace/O.C. and use of cell extraction munitions/gernade. I notified Lt. Stapelton that I request unit surviellance camera(s) footage retained and reviewed in order to prove that I was unjustly assaulted by staff and also that I was not fighting. I requested to make a complaint of being assaulted by staff on 5/22/2021 to which Stapelton replied "I don't

(5-B)

give a fuck what your statement is" and waked away. As a direct result of being assaulted by staff on 5/22/2021, I suffered shortness of breath and dizzyness due to having asthma & being sprayed with Mace/O.C.; approximate three inch scar over my left eye along with impared vision, scarring on my lower back, scarring along with bruising and structural damage to my left arm and elbow. No medical treatment was given to me after Nurse Bergman placed gauze over injuries to my eye and back. No medical staff ever changed my gauze or gave me replacement bandages to allow me to change the bandages myself. I was never given any form of rehabilitative therapy for my injuries or have my written requests for screening and treatment by an outside (third-party) medical specialist granted. I experienced loss of sleep, nausea, mental anguish, and diminished quality (of life) as a result of my injuries and failure to provide treatment. ⊗ STATEMENT MADE UNDER PENALTY OF PERJURY. (SEE 28 §§ 1746, 1001).

CLAIM 2: DELIBERATE INDIFFERENCE TO SERIOUS MEDICAL NEEDS (FAILURE TO PROVIDE TREATMENT OR RESPOND TO REQUESTS FOR TREATMENT).

I, Inmate Oceanus Perry, was assaulted by staff on May 22nd, 2021 in F-2 unit of U.S. Penitentiary Thomson's SMU (Special Management Unit). I sustained clear/apparent injuries to my left eye, lower back, and right hand which Thomson's medical staff

(5-C cont.)

became aware of when I stopped medical staff to show staff my injuries and to request medical treatment. At no time during my term at Thomson's SMU, did I receive treatment for the injuries I sustained on 5/22/2021 which included an approximate three(3) inch open cut above my left eye along with impared vision, a hole (loss of skin and tissue) on the lower-left section of my back, and open wounds to my right palm(hand). Medical staff failed to provide even simple treatment such as a change of gauze, change of bandage, or antibiotic packet(s). After repeated ignoring of my verbal requests for treatment, I began to also submit written requests for medical treatment, commonly referred to as "sick-call" requests which were also ignored or unprocessed. I attempted to obtain admistrative remedy forms, to begin "official" grievance process, from Counselor J. Graham, Case Manager Parrent, and Unit Manager Karen Smiddy, but was refused and/or written request were not processed after I gave Graham, Parrent, and Smiddy notice of my medical issue which was the subject of my grievance. I also submitted written requests to B. Taylor (Assistant Health Services Administrator, A.H.S.A.) and also Mr. T. Moisant (H.S.A.) around the time of June, 2021 and Janurary 19th, 2022 whom acknowledged that Thomson's Emergency Medical Technicians (E.M.T) and nursing staff were "problematic" and that "sick-call procedures need to be corrected". My verbal and written requests for treatment by a third-party medical specialist were ignored and I was never provided any rehabilitative therapy at Thomson.

(5-D)
cont.

From the time period of 5/24/2021 until 6/11/2021, I filed several medical requests for treatment of my injuries from two staff assaults I experienced on 5/22/2021. Said medical requests are referred to as "sick-call" requests. I submitted said sick-call requests ~~at best~~ twice a week, usually on Mondays and Thursdays and display of my injuries could be seen, related to my left eye, while I spoke to medical staff and I repeatedly displayed my lower back and right hand to medical staff easily due to the fact that I could not wear a shirt as a result of the fluid leaking from my back injury. Medical staff failed to provide immediate treatment, or schedule me to be assessed by Thomson medical staff, or advise me of what steps to take in order to be treated.

I notified and also expressly requested treatment from Nurse V. Garcia, Nurse Bergman, Nurse C. Wiemera, Nurse A. Simcox, Nurse C. Horst, Nurse D. Sweeney, Nurse Miller, A.H.S.A/Nurse B. Taylor, E.M.T. K. Letcher, Nurse C. Burgard, and H.S.A. T. Moisant. I also gave written notice of my injuries and also requested assistance in obtaining medical treatment from the Regional Office (North Central Regional Office) Director-Ms. P. Krueger. I notified Warden A. Ciolli, Jr. of my injuries and requested treatment without any results. I also notified Officer/E.M.T. Troutman and requested treatment without any assistance being given. I notified Warden Gonzales and requested treatment without either being given. ⊛ STATEMENT MADE UNDER PENALTY OF PERJURY. (SEE 22§§1746/1001).

$\left( \begin{array}{c} 5-E \\ \text{cont.} \end{array} \right)$

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**V.**     **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

AWARD DAMAGES (COMPENSATION AND PUNITIVES) IN THE AMOUNT OF 5 (FIVE) MILLION DOLLARS AND ALSO ATTORNEY FEES.

**VI.**     The plaintiff demands that the case be tried by a jury.    ☒ YES    ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this ___14th___ day of __July__, 20_23_

(s) Oceanus Perry
_____
(Signature of plaintiff or plaintiffs)

OCEANUS PERRY
_____
(Print name)

REGISTER No. 65754-061
_____
(I.D. Number)

FEDERAL CORRECTIONAL COMPLEX (USP-1)
P.O. Box 1033
COLEMAN, FLORIDA 33521
_____
(Address)

Revised 9/2007
[If you need additional space for ANY section, please attach an additional sheet and reference that section.]



Oceanus Perry
Reg. # 65754-061
Federal Correctional Facility-
United States Penitentiary (U.S.P. 1)
P.O. Box 1033
Coleman, Fla 33521

7015 1730 0000 7879 6524

Tampa/St. Pete FL
THU 20 JUL 2023

Clerk of Courts.
U.S. District Court.
(Northern District of Illinois)
~~101~~ 327 S. Church St.
Rockford, Illinois 61101

Legal Mail